## UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.2034



RICHARD W. WIEKING
CLERK OF COURT

December 4, 2007

Robert Sudar
3675 S. Rainbow Boulevard
#107-B106
Las Vegas, NV 89103

**Re: C07-6018EMC Sudar v. Miller, et al.**

Dear Mr. Sudar:

    This matter has been assigned to Magistrate Judge Edward M. Chen for all purposes including trial.

    Pursuant to 28 U.S.C. §636(c), the magistrate judges of this district have been designated by this Court to conduct any and all proceedings in a civil case including a jury or non-jury trial and to order the entry of a final judgment, upon the consent of all parties. A signed consent to the jurisdiction of the Magistrate Judge must be filed before consideration of any dispositive motion filed by either party.

    A review of the file discloses that the Consent to Proceed Before a United States Magistrate has not been filed in this case. Please sign and return **one** of the enclosed forms documenting either: (1) your consent or (2) request for reassignment and return it to the Court by **12/14/07.** If you do not consent, your case will be reassigned to a District Court Judge. You

are free to withhold consent to this Court and request reassignment to a district judge without any adverse substantive consequences.

    Thank you.

RICHARD W. WIEKING

*Betty Fong*

By: Betty Fong
Deputy Clerk

Enclosure

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT SUDAR,                                             Case No. C07-6018 EMC

          Plaintiff,

  v.

TOBIAS MILLER, et al.,

          Defendants.
_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____        _____
                                                       Signature
                                                       Counsel for: _____
                                                       (Name of party or indicate "pro se")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT SUDAR,                                           Case No. C07-6018 EMC

        Plaintiff,

    v.

TOBIAS MILLER, et al.,

        Defendants.

_____/

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

    The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____    _____
                                                            Signature
                                                            Counsel for _____
                                                            (Name of party or indicate "pro se")

*United States District Court*
For the Northern District of California