UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT SUDAR,                                          Case No. C07-6018 EMC

        Plaintiff,

    v.

TOBIAS MILLER, et al.,

        Defendants.

_____/

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: December 14, 2007                 _____
                                                         Signature

Counsel for <u>Defendants MILLER,</u> TORRES, SCHWARZ &
(Name of party or indicate "pro se")   REISCHEL