1

2

3    IN THE UNITED STATES DISTRICT COURT

4    FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6    ROBERT SUDAR,                          No. C 07-06018 WHA

7            Plaintiff,

8      v.                                   **CLERK'S NOTICE SCHEDULING INITIAL CASE MANAGEMENT**

9    TOBIAS MILLER, et al.,                 **CONFERENCE ON REASSIGNMENT**

10           Defendant.
     _____/

11

12   (Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

13

14       YOU ARE NOTIFIED THAT the Court has scheduled an Initial Case Management

15   Conference for **February 28, 2008 at 11:00 a.m.**, before the Honorable William Alsup.  Please

16   report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue,

17   San Francisco, CA  94102.  Not less than seven days prior, counsel/parties shall submit a joint

18   case management conference statement not to exceed ten pages.  All other deadlines in the initial

19   case management scheduling order filed on November 28, 2007 remain in effect.

20       Parties requesting a continuance shall submit a stipulation and proposed order.  If the

21   parties are unable to reach a stipulation, the requesting party shall submit an ex parte application

22   with a proposed order.

23   Dated: December 19, 2007                FOR THE COURT,

24                                           Richard W. Wieking, Clerk

25                                           By: _____
                                                 Dawn K. Toland
26                                               Courtroom Deputy to the
                                                 Honorable William Alsup

27

28

**United States District Court**
For the Northern District of California