IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SUDAR,<br><br>  Plaintiff,<br><br>  v.<br><br>TOBIAS MILLER,<br><br>  Defendant.<br>_____ / | No. C 07-06018 WHA<br><br>**ORDER VACATING ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS** |

Because the filing fee has already been paid and the summons have already been issued to defendants, the order granting motion for leave to proceed in forma pauperis is moot and therefore **VACATED**.

**IT IS SO ORDERED.**

Dated: December 20, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE