PATRICK K. FAULKNER, COUNTY COUNSEL
Sheila Lichtblau, SBN 167999
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 499-6117, Fax: (415) 499-3796

Attorney(s) for Defendants Edward Berberian, Thomas Brown, Yvette Martinez, Linda M. Witong, Commissioner Randolph Heubach, Judge John Sutro, Judge Verna Adams, and County of Marin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Sudar,<br><br>Plaintiff,<br><br>v.<br><br>Tobias Miller, Sean Kerr, Patrick Torres, Ernst Schwartz, Mark Reischel, Edward Berberian, Thomas Brown, Yvette Martinez, Linda M. Witong, Randolph Heubach, John Sutro, Verna Adams, County of Marin, Does 1 through 100,<br><br>Defendant | Case No.: CV 07 6018 WHA<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FOR THE PLAINTIFF'S FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br>DATE:   February 14, 2008<br>TIME:    8:00 am<br>COURTROOM: 9 |

TO PLAINTIFF ROBERT SUDAR,

NOTICE IS HEREBY GIVEN that on February 14, 2008 at 8:00 am or as soon thereafter as counsel may be heard by the above-entitled Court, located at 450 Golden Gate Ave, San Francisco, CA, in Courtroom 9, Defendants, District Attorney Edward Berberian, Deputy District Attorney Thomas Brown, Deputy District Attorney Yvette Martinez, Deputy District Attorney Linda M. Witong, Commissioner Randolph Heubach, Judge John Sutro, Judge Verna Adams, and County of Marin, will move to dismiss this lawsuit against them. The motion is based on the grounds that Plaintiff may not bring his action against the answering Defendants as they enjoy immunity for acts connected with the

criminal prosecution of Plaintiff. Additionally, each and every cause of action set forth by Plaintiff fails to state a cause of action against which Plaintiff is entitled to relief.

       This motion is based on this Notice of Motion and Motion, the Points and Authorities in Support of the Motion, Defendants' Request for Judicial Notice and all attachments thereto, Plaintiff's Complaint, all other pleadings which have been filed in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

Dated this 7th day of January, 2008

                                               PATRICK K. FAULKNER
                                               COUNTY COUNSEL

                                       By: _____
                                              Sheila Lichtblau

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Marin County Counsel, 3501 Civic Center Dr., Room 303
San Rafael, CA 94903. On January 7, 2008, I served the within document(s):

Defendant's Edward Berberian, Thomas Brown, Yvette Martinez, Linda Witong, Randoph Heubach, John Sutro, Verna Adams and the County of Marin: NOTICE OF MOTION AND MOTION TO DISMISS FOR THE PLAINTIFF'S FAILURE TO STATE A CLAIM UPON WHICH REIEF CAN BE GRANTED, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION; PROPOSED ORDER GRANTING MOTION TO DISMISS; and REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS MOTION TO DISMISS

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Rafael, California addressed as set forth below.

☐ by causing personal delivery by (name of person) of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by overnight delivery to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) set forth below.

**Robert Sudar\\**
**3675 S. Rainbow Blvd.**
**#107-B106**
**Las Vegas, CA  89103**

I am readily familiar with the County's practice of collection and processing correspondence for mailing and overnight delivery. Under that practice it would be deposited with the U. S. postal service/overnight delivery service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 7, 2008, at San Rafael, California.

PATTY JACKSON

26058.doc