```
 1  PATRICK K. FAULKNER, COUNTY COUNSEL
    Sheila Lichtblau, SBN 167999
 2  3501 Civic Center Drive, Room 275
    San Rafael, CA 94903
 3  Tel.: (415) 499-6117, Fax: (415) 499-3796
 4
    Attorney(s) for Defendants Edward Berberian, Thomas Brown,
 5  Yvette Martinez, Linda M. Witong, Commissioner Randolph Heubach,
    Judge John Sutro, Judge Verna Adams, and County of Marin
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Robert Sudar, | Case No.: CV 07 6018 WHA |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| Tobias Miller, Sean Kerr, Patrick Torres, Ernst Schwartz, Mark Reischel, Edward Berberian, Thomas Brown, Yvette Martinez, Linda M. Witong, Randolph Heubach, John Sutro, Verna Adams, County of Marin, Does 1 through 100, | |
| Defendant | |

The Motion to Dismiss filed by Defendants, District Attorney Edward Berberian, Deputy District Attorney Thomas Brown, Deputy District Attorney Yvette Martinez, Deputy District Attorney Linda M. Witong, Commissioner Randolph Heubach, Judge John Sutro, Judge Verna Adams, and County of Marin, came on for hearing before this Court. Pro Per Robert Sudar appeared/did not appear on behalf of himself. Sheila Lichtblau, Office of the County Counsel, County of Marin, appeared on behalf of Defendants. After consideration of the briefs and arguments of counsel and Mr. Sudar, and

1  all other matters presented to the Court, IT IS HEREBY ORDERED that Defendants' Motion to
2  Dismiss is granted in its entirety.
3
4
5
6                                                                    _____
                                                                     U.S. District Court Judge
7
8
...
28

2

ORDER GRANTING MOTION TO DISMISS