1  PATRICK K. FAULKNER, COUNTY COUNSEL
   Sheila Lichtblau, SBN 167999
2  3501 Civic Center Drive, Room 275
   San Rafael, CA 94903
3  Tel.: (415) 499-6117, Fax: (415) 499-3796

4

5  Attorney(s) for Defendants Edward Berberian, Thomas Brown,
   Yvette Martinez, Linda M. Witong, Commissioner Randolph Heubach,
   Judge John Sutro, Judge Verna Adams, and County of Marin

6

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11 Robert Sudar,                          Case No.: CV 07 6018 WHA

12         Plaintiff,                     **REQUEST FOR JUDICIAL NOTICE IN
                                          SUPPORT OF DEFENDANTS'MOTION
13     v.                                 TO DISMISS FOR THE PLAINTIFF'S
                                          FAILURE TO STATE A CLAIM UPON
14 Tobias Miller, Sean Kerr, Patrick Torres, Ernst  WHICH RELIEF CAN BE GRANTED**

15 Schwartz, Mark Reischel, Edward Berberian,

16 Thomas Brown, Yvette Martinez, Linda M. Witong,  DATE:   February 14, 2008
                                                    TIME:    8:00 am
17 Randolph Heubach, John Sutro, Verna Adams,       COURTROOM: 9

18 County of Marin, Does 1 through 100,

19         Defendant

20

21

22      Defendants, by and through their attorney, hereby requests that this Court take judicial notice

23 pursuant to Federal rule of Evidence 201 of the following facts:

24      1.    Registrar of Actions, Superior Court of the State of California in and for the County of

25            Marin, a copy of which is attached as Exhibit A;

26      2.    Civil Judgment against plaintiff Robert Sudar, U.S. District Court, Nevada, a copy of

27            which is attached as Exhibit B;

28                                      1

1    3.    Petitioner's Petition and Memorandum of Points and Authorities in Support of Petition

2         to Strike False Liens, Superior Court of California, County of Marin, a copy of which is

3         attached as Exhibit C.

4

5    I declare under penalty of perjury that the foregoing is true and correct and that this declaration

6  was executed in Marin County, California on January 7, 2008.

7

8                          _____

9                          Sheila Shah Lichtblau

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    2

# EXHIBIT A

```
J241481                    IN THE SUPERIOR COURT           12/28/07
MARIN CJIS               OF THE STATE OF CALIFORNIA        13:14
ORGANIZATION: SC        IN AND FOR THE COUNTY OF MARIN     PAGE   1

                      --- REGISTER OF ACTIONS ---


   CASE NO. SC144760A        STATUS:  PROCEEDINGS REOPENED

   PEOPLE V. SUDAR, ROBERT CHARLES

           ALL POINTS
           ALL POINTS, CA

   ************************************************************************
   ATTORNEYS OF RECORD:

   PROSECUTION:  TOM BROWN
   DEFENSE:      DAVID WISE


   ************************************************************************
   CHARGES, PLEAS AND DISPOSITIONS:

   COUNT                                LATEST
   NO.   CODE/SECTION              TYPE PLEA    DISPOSITION

      1  PC 646.9(A)                F    NOT G
      2  PC 459                     F    NOT G
            ALLEG:  PC 1192.7(C)(18), PC 1170.12(A), PC 462(A)
      3  PC 459                     F    NOT G
            ALLEG:  PC 1192.7(C)(18), PC 1170.12(A), PC 462(A)
      4  PC 502(C)(4)               F    NOT G
      5  PC 496(A)                  F    NOT G
      6  PC 632(A)                  F    NOT G
```

```
J241481                                              12/28/07
MARIN CJIS              --- REGISTER OF ACTIONS ---   13:14
ORGANIZATION: SC          CASE NO. SC144760A          PAGE   2

**************************************************************************
CASE SYNOPSIS:




11/27/05  ARRESTED BY TWIN CITIES POLICE-CORTE MADERA
11/27/05  BOOKED - JAIL NO.: SO 0171277 00
11/28/05  HEARING HELD IN DEPT M, MUNICIPAL COURT, CRIMINAL DIVISION,
            BEFORE HON. RANDOLPH HEUBACH, COURT COMMISSIONER.
            NATURE OF PROCEEDINGS: FELONY ARRAIGNMENT.
          BAIL: $250,000.00.
          CUSTODY STATUS: IN CUSTODY.
11/29/05  HEARING HELD IN DEPT. J, SUPERIOR COURT,
            BEFORE HON. VERNA A ADAMS, JUDGE.
            NATURE OF PROCEEDINGS: COUNSEL AND PLEA.
          BAIL: $250,000.00.
          CUSTODY STATUS: IN CUSTODY.
12/02/05  HEARING HELD IN DEPT. J, SUPERIOR COURT,
            BEFORE HON. VERNA A ADAMS, JUDGE.
            NATURE OF PROCEEDINGS: ENTRY OR CHANGE OF PLEA.
          BAIL: $250,000.00.
          CUSTODY STATUS: IN CUSTODY.
12/09/05  HEARING HELD IN DEPT. J, SUPERIOR COURT,
            BEFORE HON. VERNA A ADAMS, JUDGE.
            NATURE OF PROCEEDINGS: COUNSEL AND PLEA.
          BAIL: $250,000.00.
          CUSTODY STATUS: IN CUSTODY.
12/23/05  HEARING HELD IN DEPT. J, SUPERIOR COURT,
            BEFORE HON. VERNA A ADAMS, JUDGE.
            NATURE OF PROCEEDINGS: ENTRY OR CHANGE OF PLEA.
          BAIL: $250,000.00.
          CUSTODY STATUS: IN CUSTODY.
01/13/06  HEARING HELD IN DEPT. J, SUPERIOR COURT,
            BEFORE HON. VERNA A ADAMS, JUDGE.
            NATURE OF PROCEEDINGS: SET PRELIMINARY HEARING.
          BAIL: $250,000.00.
          CUSTODY STATUS: IN CUSTODY.
02/03/06  HEARING HELD IN DEPT. J, SUPERIOR COURT,
            BEFORE HON. VERNA A ADAMS, JUDGE.
            NATURE OF PROCEEDINGS: SET PRELIMINARY HEARING.
          BAIL: $250,000.00.
          CUSTODY STATUS: IN CUSTODY.
03/22/06  HEARING HELD IN DEPT. J, SUPERIOR COURT,
            BEFORE HON. VERNA A ADAMS, JUDGE.
            NATURE OF PROCEEDINGS: PRELIMINARY HEARING.
          BAIL: $250,000.00.
          CUSTODY STATUS: IN CUSTODY.
03/28/06  HEARING HELD IN DEPT. J, SUPERIOR COURT,
            BEFORE HON. VERNA A ADAMS, JUDGE.
            NATURE OF PROCEEDINGS: SET PRELIMINARY HEARING.
          BAIL: $250,000.00.
          CUSTODY STATUS: IN CUSTODY.
03/29/06  HEARING HELD IN DEPT. J, SUPERIOR COURT,
```

```
J241481                                                12/28/07
MARIN CJIS              --- REGISTER OF ACTIONS ---     13:14
ORGANIZATION: SC           CASE NO. SC144760A          PAGE   3

*****************************************************************************
CASE SYNOPSIS:

03/29/06  - CONTINUED
             BEFORE HON. VERNA A ADAMS, JUDGE.
             NATURE OF PROCEEDINGS: BAIL REVIEW.
             BAIL: $250,000.00.
             CUSTODY STATUS: NOT IN CUSTODY.
03/30/06  HEARING HELD IN DEPT. J, SUPERIOR COURT,
             BEFORE HON. VERNA A ADAMS, JUDGE.
             NATURE OF PROCEEDINGS: APPEARANCE OF COUNSEL.
             BAIL: $250,000.00.
             CUSTODY STATUS: NOT IN CUSTODY.
04/05/06  HEARING HELD IN DEPT. J, SUPERIOR COURT,
             BEFORE HON. VERNA A ADAMS, JUDGE.
             NATURE OF PROCEEDINGS: APPEARANCE OF COUNSEL.
             BAIL: $250,000.00.
             CUSTODY STATUS: NOT IN CUSTODY.
04/25/06  HEARING HELD IN DEPT. J, SUPERIOR COURT,
             BEFORE HON. RICHARD KOSSOW, JUDGE.
             NATURE OF PROCEEDINGS: PRETRIAL.
             BAIL: $250,000.00.
             CUSTODY STATUS: NOT IN CUSTODY.
05/31/06  HEARING HELD IN DEPT. J, SUPERIOR COURT,
             BEFORE HON. VERNA ADAMS, JUDGE.
             NATURE OF PROCEEDINGS: PRELIMINARY HEARING.
             BAIL: $250,000.00.
             CUSTODY STATUS: NOT IN CUSTODY.
07/12/06  HEARING HELD IN DEPT. J, SUPERIOR COURT,
             BEFORE HON. VERNA ADAMS, JUDGE.
             NATURE OF PROCEEDINGS: PRELIMINARY HEARING.
             BAIL: $250,000.00.
             CUSTODY STATUS: NOT IN CUSTODY.
08/16/06  HEARING HELD IN DEPT. J, SUPERIOR COURT,
             BEFORE HON. VERNA ADAMS, JUDGE.
             NATURE OF PROCEEDINGS: PRELIMINARY HEARING.
             BAIL: $250,000.00.
             CUSTODY STATUS: NOT IN CUSTODY.
10/04/06  HEARING HELD IN DEPT. J, SUPERIOR COURT,
             BEFORE HON. VERNA ADAMS, JUDGE.
             NATURE OF PROCEEDINGS: PRELIMINARY HEARING.
             BAIL: $250,000.00.
             CUSTODY STATUS: NOT IN CUSTODY.
11/20/06  HEARING HELD IN DEPT. J, SUPERIOR COURT,
             BEFORE HON. VERNA ADAMS, JUDGE.
             NATURE OF PROCEEDINGS: FURTHER PRELIMINARY HEARING.
             BAIL: $250,000.00.
             CUSTODY STATUS: NOT IN CUSTODY.
12/06/06  INFORMATION FILED
09/24/07  BENCH WARRANT ORDERED ISSUED - $250,000.00
09/24/07  BENCH WARRANT ISSUED
09/25/07  BENCH WARRANT RECALLED.
             CURRENT BAIL: $250,000.00.
             CUSTODY STATUS: BENCH WARRANT OPEN.

             FOR FURTHER SYNOPSIS, SEE RECORD OF CASE EVENTS

*****************************************************************************
```

```
J241481                                                           12/28/07
MARIN CJIS                  --- REGISTER OF ACTIONS ---           13:14
ORGANIZATION: SC              CASE NO. SC144760A                  PAGE   4
*************************************************************************
RECORD OF CASE EVENTS:


11/28/05 07:00     DECLARATION AND ORDER RE BAIL FILED.
                   PURSUANT TO ORDER OF COMMISSIONER MARY GROVE - GOOD
                      CAUSE APPEARING THEREFORE, AND BASED UPON THE
                      DECLARATION SUBMITTED IN SUPPORT OF THIS APPLICATION AND
                      ORDER, IT IS HEREBY ORDERED THAT THE ABOVE NAMED
                      DEFENDANT/ARRESTEE BE HELD WITH BAIL IN THE AMOUNT OF
                      $100,000.00.
                   ENTERED ON CJIS BY MH, DATE 11/28/2005.
         13:30 **  HEARING HELD ON 11/28/05 AT 1:30 P.M. IN MUNICIPAL
                      COURT, CRIMINAL DIVISION, D- M.  HON. RANDOLPH HEUBACH,
                      COURT COMMISSIONER, PRESIDING.  CLERK: MR DENNIS MR
                      CHARIFA.  REPORTER: ROSEMARIE VINDIGNI.  BAILIFF: NONE.
                      NATURE OF PROCEEDINGS:  FELONY ARRAIGNMENT.
                   DEPUTY DISTRICT ATTORNEY G. MARTIN APPEARED.
                   DEFENDANT APPEARED WITHOUT COUNSEL.
                   DEFENDANT IN CUSTODY ON THIS CASE.
                   DEFENDANT INFORMED OF HIS LEGAL AND CONSTITUTIONAL
                      RIGHTS, AS FOLLOWS:
                   TO HAVE AN ATTORNEY AT ALL STAGES OF THE PROCEEDINGS; TO
                      A REASONABLE LENGTH OF TIME TO CONSULT AN ATTORNEY; OR
                      TO REPRESENT HIMSELF; TO A COURT-APPOINTED ATTORNEY IF
                      HE LACKS FUNDS TO HIRE AN ATTORNEY; TO A SPEEDY AND
                      PUBLIC TRIAL, BY JUDGE OR JURY, WITHIN 30 TO 45 DAYS
                      UNDER PENAL CODE SECTION 1382, AND TO A DISMISSAL IF NOT
                      TRIED WITHIN THESE TIME LIMITS UNLESS GOOD CAUSE IS
                      SHOWN OR TIME WAIVED; TO CONFRONT AND CROSS-EXAMINE THE
                      WITNESSES AGAINST HIM; TO USE THE SUBPOENA POWER OF THE
                      COURT TO COMPEL THE ATTENDANCE OF WITNESSES ON HIS
                      BEHALF; TO REMAIN SILENT AND NOT INCRIMINATE HIMSELF; TO
                      TESTIFY IN HIS OWN DEFENSE; TO BE SENTENCED WITHIN THE
                      STATUTORY TIME, AND TO A DELAY OF SIX HOURS. TO A SPEEDY
                      AND PUBLIC PRELIMINARY HEARING WITHIN TEN COURT DAYS IF
                      CHARGED WITH A FELONY OFFENSE; TO BE RELEASED FROM
                      CUSTODY UPON POSTING A REASONABLE BAIL, IN THE COURT'S
                      DISCRETION, BE RELEASED ON HIS OWN RECOGNIZANCE.
                   DEFENDANT INFORMED OF PROVISIONS OF PC 987.8 (E)
                      REGARDING THE POSSIBILITY OF HIS HAVING TO PAY FOR ALL
                      OR PART OF THE COSTS OF COUNSEL. DEFENDANT ADVISED OF
                      PROVISIONS OF PC 1016.5.
                   DEFENDANT INFORMED OF THE CHARGE(S) ALLEGED.
                   REFERRED TO PUBLIC DEFENDER.
                   BAIL INCREASED TO $250,000.00
                   CONTINUED TO 11/29/2005 AT 9:06 A.M. IN SUPERIOR COURT,
                      D- J FOR COUNSEL AND PLEA.
                   PROTECTIVE ORDER IN CRIMINAL PROCEEDING FILED.
                   DEFENDANT SHALL NOT ANNOY, HARASS, THREATEN, COMMIT ACTS
                      OF VIOLENCE, OR OTHERWISE DISTURB THE PEACE OF THE
                      PROTECTED PERSON(S).
```

```
J241481                                                         12/28/07
MARIN CJIS                  --- REGISTER OF ACTIONS ---         13:14
ORGANIZATION: SC                CASE NO. SC144760A              PAGE   5
************************************************************************
RECORD OF CASE EVENTS:

11/28/05 - CONTINUED
                 THE ABOVE NAMED DEFENDANT MUST SURRENDER TO LOCAL LAW
                    ENFORCEMENT OR SELL TO LICENSED GUN DEALER ANY FIREARM
                    IN OR SUBJECT TO HIS OR HER IMMEDIATE POSSESSION OR
                    CONTROL WITHIN 24 HOURS AFTER ISSUANCE OF THIS ORDER.
                 THE ABOVE NAMED DEFENDANT MUST SURRENDER TO LOCAL LAW
                    ENFORCEMENT OR SELL TO LICENSED GUN DEALER ANY FIREARM
                    IN OR SUBJECT TO HIS OR HER IMMEDIATE POSSESSION OR
                    CONTROL WITHIN 24 HOURS AFTER ISSUANCE OF THIS ORDER.
                 DEFENDANT SHALL HAVE NO PERSONAL, TELEPHONIC, OR WRITTEN
                    CONTACT WITH THE PROTECTED PERSON(S).
                 DEFENDANT SHALL HAVE NO CONTACT WITH THE PROTECTED
                    PERSON(S) THROUGH A THIRD PARTY, EXCEPT BY AN ATTORNEY
                    OF RECORD.
                 DEFENDANT SHALL NOT COME WITHIN 100 YARDS OF THE
                    PROTECTED PERSON(S).
                 THE PROTECTED PERSON MAY RECORD ANY PROHIBITED
                    COMMUNICATIONS MADE TO HIM OR HER BY THE RESTRAINED
                    PERSON.
                 NAME OF PROTECTED PERSON IS BETH ZIMMERMAN, SEX F.
                 THE PROTECTIVE ORDER WILL EXPIRE ON 112808 ; OR OTHER
                    ORDER OF THE COURT AS REQUESTED.
                 ENTERED ON CJIS BY CHARIFA, DATE 11/28/2005.


11/29/05 09:06 ** HEARING HELD ON 11/29/05 AT 9:06 A.M. IN SUPERIOR COURT,
                    D- J.  HON. VERNA A ADAMS, JUDGE, PRESIDING.  CLERK: MS
                    KING.  REPORTER: KIMBERLEE SCHROEDER.  BAILIFF: NONE.
                    NATURE OF PROCEEDINGS:  COUNSEL AND PLEA.
                 DEPUTY DISTRICT ATTORNEY SHEA APPEARED.
                 DEFENDANT APPEARED WITH DEPUTY PUBLIC DEFENDER LEWIS.
                 DEFENDANT IN CUSTODY ON THIS CASE.
                 DEFENDANT ORDERED TO APPEAR ON 12/02/2005 AT 9:06 A.M.
                    IN SUPERIOR COURT, D- J FOR ENTRY OR CHANGE OF PLEA.
                 ENTERED ON CJIS BY FK, DATE 11/29/2005.


12/02/05 09:06 ** HEARING HELD ON 12/02/05 AT 9:06 A.M. IN SUPERIOR COURT,
                    D- J.  HON. VERNA A ADAMS, JUDGE, PRESIDING.  CLERK: MS
                    KING.  REPORTER: KIMBERLEE SCHROEDER.  BAILIFF: NONE.
                    NATURE OF PROCEEDINGS:  ENTRY OR CHANGE OF PLEA.
                 DEPUTY DISTRICT ATTORNEY BROWN APPEARED.
                 DEFENDANT APPEARED WITH DEPUTY PUBLIC DEFENDER LEWIS.
                 DEFENDANT IN CUSTODY ON THIS CASE.
                 DEFENDANT TO RETAIN COUNSEL.
                 CONTINUED TO 12/09/2005 AT 9:06 A.M. IN SUPERIOR COURT,
                    D- J FOR COUNSEL AND PLEA.
                 DEFENDANT TO PERSONALLY APPEAR.
                 ENTERED ON CJIS BY FK, DATE 12/02/2005.


12/09/05 09:00 ** HEARING HELD ON 12/09/05 AT 9:00 A.M. IN SUPERIOR COURT,
                    D- J.  HON. VERNA A ADAMS, JUDGE, PRESIDING.  CLERK: MS
                    KING.  REPORTER: SUSAN FITZSIMMONS.  BAILIFF: NONE.
```

```
J241481                                                           12/28/07
MARIN CJIS                    --- REGISTER OF ACTIONS ---         13:14
ORGANIZATION: SC                  CASE NO. SC144760A              PAGE   6

************************************************************************
RECORD OF CASE EVENTS:

12/09/05 - CONTINUED
                    NATURE OF PROCEEDINGS:  COUNSEL AND PLEA.
                    DEPUTY DISTRICT ATTORNEY THOMAS BROWN APPEARED.
                    DEFENDANT APPEARED WITH DEPUTY PUBLIC DEFENDER DEBORAH
                    LEWIS.
                    APPOINTED AS ATTORNEY OF RECORD: PUBLIC DEFENDER.
                    DEFENDANT IN CUSTODY ON THIS CASE.
                    DEFENDANT ORDERED TO APPEAR ON 12/23/2005 AT 9:06 A.M.
                    IN SUPERIOR COURT, D- J FOR ENTRY OR CHANGE OF PLEA.
                    ENTERED ON CJIS BY FK, DATE 12/09/2005.


12/23/05 09:06 ** HEARING HELD ON 12/23/05 AT 9:06 A.M. IN SUPERIOR COURT,
                    D- J.  HON. VERNA A ADAMS, JUDGE, PRESIDING.  CLERK: MS
                    KING.  REPORTER: SUSAN FITZSIMMONS.  BAILIFF: NONE.
                    NATURE OF PROCEEDINGS:  ENTRY OR CHANGE OF PLEA.
                    DEPUTY DISTRICT ATTORNEY TOM BROWN APPEARED.
                    DEFENDANT APPEARED WITH DEPUTY PUBLIC DEFENDER LEWIS.
                    DEFENDANT IN CUSTODY ON THIS CASE.
                    DEFENDANT ENTERED A PLEA OF NOT GUILTY TO ALL COUNTS.
                    ALL ALLEGATIONS ARE DENIED.
                    DEFENDANT UNDERSTANDS AND WAIVES RIGHT TO PRELIMINARY
                    HEARING WITHIN TEN COURT DAYS AND COMPLETION WITHIN 60
                    DAYS.
                    CONTINUED TO 01/13/2006 AT 9:06 A.M. IN SUPERIOR COURT,
                    D- J FOR SET PRELIMINARY HEARING.
                    DEFENDANT TO PERSONALLY APPEAR.
                    ENTERED ON CJIS BY FK, DATE 12/23/2005.


01/13/06 09:06 ** HEARING HELD ON 01/13/06 AT 9:06 A.M. IN SUPERIOR COURT,
                    D- J.  HON. VERNA A ADAMS, JUDGE, PRESIDING.  CLERK: MS
                    CHARIFA.  REPORTER: SUSAN FITZSIMMONS.  BAILIFF: NONE.
                    NATURE OF PROCEEDINGS:  SET PRELIMINARY HEARING.
                    DEPUTY DISTRICT ATTORNEY J. RYDER APPEARED.
                    DEFENDANT APPEARED WITH DEPUTY PUBLIC DEFENDER D. LEWIS.
                    DEFENDANT IN CUSTODY ON THIS CASE.
                    DEFENDANT ORDERED TO APPEAR ON 02/03/2006 AT 9:06 A.M.
                    IN SUPERIOR COURT, D- J FOR SET PRELIMINARY HEARING.
                    ENTERED ON CJIS BY CHARIFA, DATE 01/13/2006.


02/03/06 09:06 ** HEARING HELD ON 02/03/06 AT 9:06 A.M. IN SUPERIOR COURT,
                    D- J.  HON. VERNA A ADAMS, JUDGE, PRESIDING.  CLERK: MS
                    CHARIFA.  REPORTER: SUSAN FITZSIMMONS.  BAILIFF: NONE.
                    NATURE OF PROCEEDINGS:  SET PRELIMINARY HEARING.
                    DEPUTY DISTRICT ATTORNEY T. BROWN APPEARED.
                    DEFENDANT APPEARED WITH DEPUTY PUBLIC DEFENDER D. LEWIS.
                    DEFENDANT IN CUSTODY ON THIS CASE.
                    TIME CONTINUES TO BE WAIVED.
                    DEFENDANT ORDERED TO APPEAR ON 03/22/2006 AT 1:36 P.M.
                    IN SUPERIOR COURT, D- J FOR PRELIMINARY HEARING.
                    ENTERED ON CJIS BY CHARIFA, DATE 02/03/2006.
```

```
J241481                                              12/28/07
MARIN CJIS              --- REGISTER OF ACTIONS ---   13:14
ORGANIZATION: SC           CASE NO. SC144760A         PAGE   7
```

**********************************************************************
RECORD OF CASE EVENTS:


03/22/06 13:36 ** HEARING HELD ON 03/22/06 AT 1:36 P.M. IN SUPERIOR COURT,
                  D- J.  HON. VERNA A ADAMS, JUDGE, PRESIDING.  CLERK: MS
                  CHARIFA.  REPORTER: SUE FITZSIMMONS.  BAILIFF: NONE.
                  NATURE OF PROCEEDINGS:  PRELIMINARY HEARING.
                  DEPUTY DISTRICT ATTORNEY T. BROWN APPEARED.
                  DEFENDANT APPEARED WITH DEPUTY PUBLIC DEFENDER D. LEWIS.
                  DEFENDANT IN CUSTODY ON THIS CASE.
                  DEFENDANT ORDERED TO APPEAR ON 03/28/2006 AT 9:06 A.M.
                  IN SUPERIOR COURT, D- J FOR SET PRELIMINARY HEARING AND
                  CONSIDERATION OF BAIL REDUCTION.
                  ENTERED ON CJIS BY CHARIFA, DATE 03/22/2006.


03/27/06 16:00    MOTION OF MOTION AND MOTION TO APPROVE PROPERTY BOND,
                  UNDERTAKING OF BAIL AFTER COMPLAINT FILED PURSUANT TO PC
                  1298, AFFIDAVIT FOR UNDERTAKING OF SURETIES PURSUANT TO
                  PC 1298, DECLARATION OF PROPERTY OWNERS RE: UNDERTAKING
                  OF OBLIGATION, AND DECLARATION OF PROPERTY OWNERS RE:
                  ENCUMBRANCES WITH ATTACHED EXHIBITS FILED.
                  HEARING SET ON 03/29/2006 AT 9:06 A.M. IN SUPERIOR COURT
                  , D- J FOR BAIL REVIEW.
                  ENTERED ON CJIS BY LAUTSCH, DATE 03/27/2006.


03/28/06 09:06 ** HEARING HELD ON 03/28/06 AT 9:06 A.M. IN SUPERIOR COURT,
                  D- J.  HON. VERNA A ADAMS, JUDGE, PRESIDING.  CLERK: MS
                  CHARIFA.  REPORTER: SUE FITZSIMMONS.  BAILIFF: NONE.
                  NATURE OF PROCEEDINGS:  SET PRELIMINARY HEARING.
                  DEPUTY DISTRICT ATTORNEY T. BROWN APPEARED.
                  DEFENDANT APPEARED WITH DEPUTY PUBLIC DEFENDER D. LEWIS.
                  DEFENDANT IN CUSTODY ON THIS CASE.
                  DEFENDANT ORDERED TO APPEAR ON 03/29/2006 AT 9:06 A.M.
                  IN SUPERIOR COURT, D- J FOR SET PRELIMINARY HEARING AND
                  HEARING ON MOTION TO APPROVE PROPERTY BOND.
                  ENTERED ON CJIS BY CHARIFA, DATE 03/28/2006.


03/29/06 09:06 ** HEARING HELD ON 03/29/06 AT 9:06 A.M. IN SUPERIOR COURT,
                  D- J.  HON. VERNA A ADAMS, JUDGE, PRESIDING.  CLERK: MS
                  CHARIFA.  REPORTER: SUE FITZSIMMONS.  BAILIFF: NONE.
                  NATURE OF PROCEEDINGS:  BAIL REVIEW.
                  DEPUTY DISTRICT ATTORNEY T. BROWN APPEARED.
                  B. TOMA PRESENT FOR COUNTY COUNSEL.
                  DEFENDANT APPEARED WITH DEPUTY PUBLIC DEFENDER D. LEWIS.
                  DEFENDANT IN CUSTODY ON THIS CASE.
                  MATTER PASSED TO 1330.
                  ENTERED ON CJIS BY CHARIFA, DATE 03/29/2006.
                  **MATTER RECALLED AT 1330**.
                  DEPUTY DISTRICT ATTORNEY T. BROWN APPEARED.
                  B. TOMA PRESENT FOR COUNTY COUNSEL.
                  DEFENDANT APPEARED WITH DEPUTY PUBLIC DEFENDER D. LEWIS.

```
J241481                                                         12/28/07
MARIN CJIS                 --- REGISTER OF ACTIONS ---          13:14
ORGANIZATION: SC               CASE NO. SC144760A               PAGE   8

*****************************************************************************
RECORD OF CASE EVENTS:


03/29/06 - CONTINUED
                      AFFIDAVIT FOR UNDERTAKING OF SURETIES PURSUANT TO PENAL
                        CODE SECTION 1298 FILED.
                      ORDER APPROVING SECURITY INTEREST IN REAL PROPERTY IN
                        LIEU OF BAIL BOND AND RELEASING DEFENDANT FILED.
                      DEFENDANT IS RELEASED FROM CUSTODY AS TO THIS ACTION
                        ONLY.
                      DEFENDANT ORDERED TO APPEAR ON 03/30/2006 AT 9:06 A.M.
                        IN SUPERIOR COURT, D- J FOR APPEARANCE OF COUNSEL AND
                        SET PRELIMINARY HEARING.
                      ENTERED ON CJIS BY CHARIFA, DATE 03/29/2006.


03/30/06 09:06 **  HEARING HELD ON 03/30/06 AT 9:06 A.M. IN SUPERIOR COURT,
                        D- J.  HON. VERNA A ADAMS, JUDGE, PRESIDING.  CLERK: MS
                        CHARIFA.  REPORTER: SUE FITZSIMMONS.  BAILIFF: NONE.
                        NATURE OF PROCEEDINGS:  APPEARANCE OF COUNSEL.
                      DEPUTY DISTRICT ATTORNEY T. BROWN APPEARED.
                      DEFENDANT APPEARED WITH ATTORNEY ROBERT CASPER.
                      (SPECIALLY APPEARING).
                      DEFENDANT REQUESTS CONTINUANCE TO INTERVIEW OTHER
                        ATTORNEY'S.
                      PUBLIC DEFENDER NOT RELIEVED.
                      DEFENDANT ORDERED TO APPEAR ON 04/05/2006 AT 9:06 A.M.
                        IN SUPERIOR COURT, D- J FOR APPEARANCE OF COUNSEL /SET
                        PRELIMINARY HEARING OR CHANGE OF PLEA.
                      ENTERED ON CJIS BY CHARIFA, DATE 03/30/2006.


04/05/06 09:06 **  HEARING HELD ON 04/05/06 AT 9:06 A.M. IN SUPERIOR COURT,
                        D- J.  HON. VERNA A ADAMS, JUDGE, PRESIDING.  CLERK: MS
                        CHARIFA.  REPORTER: SUE FITZSIMMONS.  BAILIFF: NONE.
                        NATURE OF PROCEEDINGS:  APPEARANCE OF COUNSEL.
                      DEPUTY DISTRICT ATTORNEY T. BROWN APPEARED.
                      DEPUTY PROBATION OFFICER B. CRESSLER APPEARED.
                      DEFENDANT APPEARED WITH ATTORNEY JAMES WALL.
                      MR. WALL INFORMS THE COURT THAT ATTORNEY ROBERT CASPER
                        HAS PROVIDED HIM WITH DISCOVERY.
                      PUBLIC DEFENDER IS RELIEVED.
                      CONTINUED TO 04/25/2006 AT 8:36 A.M. IN SUPERIOR COURT,
                        D- J FOR PRETRIAL.
                      DEFENDANT ORDERED TO APPEAR ON 04/25/2006 AT 9:06 A.M.
                        IN SUPERIOR COURT, D- J FOR STATUS REPORT.
                      DEFENDANT ORDERED TO APPEAR ON 05/31/2006 AT 1:36 P.M.
                        IN SUPERIOR COURT, D- J FOR PRELIMINARY HEARING.
                      ENTERED ON CJIS BY CHARIFA, DATE 04/05/2006.


04/25/06 09:06 **  HEARING HELD ON 04/25/06 AT 9:06 A.M. IN SUPERIOR COURT,
                        D- J.  HON. RICHARD KOSSOW, JUDGE, PRESIDING.  CLERK: MS
                        BELL.  REPORTER: SUSAN FITZSIMMONS.  BAILIFF: NONE.
                        NATURE OF PROCEEDINGS:  PRETRIAL CONFERENCE.
                      DEPUTY DISTRICT ATTORNEY TOM BROWN APPEARED.
```

```
J241481                                                      12/28/07
MARIN CJIS                  --- REGISTER OF ACTIONS ---      13:14
ORGANIZATION: SC                CASE NO. SC144760A           PAGE   9
***********************************************************************
RECORD OF CASE EVENTS:


04/25/06 - CONTINUED
                    DEFENDANT APPEARED WITH ATTORNEY JAMES WALL.
                    NO PRE-TRIAL CONFERENCE HELD.
                    MATTER TO REMAIN AS SET.
                    (AS TO PRL 5/31/06).
                    DEFENDANT ORDERED TO APPEAR ON 05/05/2006 AT 9:06 A.M.
                      IN SUPERIOR COURT, D- J FOR STATUS REPORT.
                    CONTINUED TO 05/05/2006 AT 8:36 A.M. IN SUPERIOR COURT,
                      D- J FOR PRETRIAL.
                    ENTERED ON CJIS BY LB, DATE 04/25/2006.


05/03/06 07:00      VACATE PRETRIAL THAT WAS SET ON 05/05/2006 AT 8:36 A.M.
                    VACATE STATUS REPORT THAT WAS SET ON 05/05/2006 AT 9:06
                      A.M.
                    ENTERED ON CJIS BY CHARIFA, DATE 05/03/2006.


05/31/06 13:36 ** HEARING HELD ON 05/31/06 AT 1:36 P.M. IN SUPERIOR COURT,
                      D- J.  HON. VERNA ADAMS, JUDGE, PRESIDING.  CLERK: MS
                    CHARIFA.  REPORTER: SUSAN FITZSIMMONS.  BAILIFF: NONE.
                    NATURE OF PROCEEDINGS:  PRELIMINARY HEARING.
                    DEPUTY DISTRICT ATTORNEY T. BROWN APPEARED.
                    DEFENDANT APPEARED WITH ATTORNEY JAMES WALL.
                    MOTION FOR CONTINUANCE OF PRELIMINARY HEARING BY DEFENSE
                      IS GRANTED.  CONTINUED TO 07/12/2006 AT 1:36 P.M. IN
                      SUPERIOR COURT, D- J.
                    DEFENDANT TO PERSONALLY APPEAR.
                    ENTERED ON CJIS BY CHARIFA, DATE 05/31/2006.


07/12/06 13:36 ** HEARING HELD ON 07/12/06 AT 1:36 P.M. IN SUPERIOR COURT,
                      D- J.  HON. VERNA ADAMS, JUDGE, PRESIDING.  CLERK: MS
                    BELL.  REPORTER: SUSAN FITZSIMMONS.  BAILIFF: NONE.
                    NATURE OF PROCEEDINGS:  PRELIMINARY HEARING.
                    DEPUTY DISTRICT ATTORNEY TOM BROWN APPEARED.
                    DEFENDANT APPEARED WITH ATTORNEY JAMES WALL.
                    ESTIMATED TIME: 4 TO 6 HOUR PRLIMINARY HEARING.
                    BY STIPULATION, PRELIMINARY HEARING VACATED AND RESET.
                    TIME WAIVED BY DEFENDANT.
                    FOLLOWING PEOPLE'S WITNESSES UNDER COURT ORDER TO
                      RETURN:   OFFICER ERNIE SCHWARTZ, INSPECTOR PHIL BENNETT
                      .
                    DEFENDANT ORDERED TO APPEAR ON 08/16/2006 AT 1:36 P.M.
                      IN SUPERIOR COURT, D- J FOR PRELIMINARY HEARING.
                    ENTERED ON CJIS BY LB, DATE 07/12/2006.


08/16/06 13:36 ** HEARING HELD ON 08/16/06 AT 1:36 P.M. IN SUPERIOR COURT,
                      D- J.  HON. VERNA ADAMS, JUDGE, PRESIDING.  CLERK: MS P
                    LANGFORD.  REPORTER: SUSAN FITZSIMMONS.  BAILIFF: NONE.
                    NATURE OF PROCEEDINGS:  PRELIMINARY HEARING.
                    DEPUTY DISTRICT ATTORNEY TOM BROWN APPEARED.
                    DEFENDANT APPEARED WITH ATTORNEY JAMES WALL.
```

```
J241481                                                     12/28/07
MARIN CJIS                    --- REGISTER OF ACTIONS ---   13:14
ORGANIZATION: SC              CASE NO. SC144760A            PAGE  10

**************************************************************************
RECORD OF CASE EVENTS:


08/16/06 - CONTINUED
                    TIME CONTINUES TO BE WAIVED.
                    MOTION FOR CONTINUANCE OF PRELIMINARY HEARING BY DEFENSE
                      IS GRANTED.  CONTINUED TO 10/04/2006 AT 1:36 P.M. IN
                      SUPERIOR COURT, D- J.
                    DEFENDANT TO PERSONALLY APPEAR.
                    PRELIMINARY HEARING ESTIMATED TO BE COMPLETED IN 2 DAYS.
                    VACATE PRELIMINARY HEARING THAT WAS SET ON 08/16/2006 AT
                      1:36 P.M.
                    ENTERED ON CJIS BY PPL, DATE 08/16/2006.


10/04/06 13:36 ** HEARING HELD ON 10/04/06 AT 1:36 P.M. IN SUPERIOR COURT,
                      D- J.  HON. VERNA ADAMS, JUDGE, PRESIDING.  CLERK: MS
                      CHARIFA.  REPORTER: SUSAN FITZSIMMONS.  BAILIFF: NONE.
                      NATURE OF PROCEEDINGS:  PRELIMINARY HEARING.
                    DEPUTY DISTRICT ATTORNEY Y. MARTINEZ-SHAW APPEARED.
                    DEFENDANT APPEARED WITH ATTORNEY JAMES WALL.
                    MOTION TO EXCLUDE WITNESSES GRANTED WITH THE EXCEPTION
                      OF THE INVESTIGATING OFFICER.  MOTION MADE BY
                      PROSECUTION.
                    THE FOLLOWING WITNESSES SWORN TO TESTIFY ON BEHALF OF
                      THE PROSECUTION: JANE DOE.
                    PEOPLE'S #1A EXHIBIT(S) MARKED FOR IDENTIFICATION:
                      TRANSCRIPT.
                    PEOPLE'S #1B EXHIBIT(S) MARKED FOR IDENTIFICATION: DVD.
                    PEOPLE'S #2 EXHIBIT(S) MARKED FOR IDENTIFICATION: DVD.
                    PEOPLE'S #3 EXHIBIT(S) MARKED FOR IDENTIFICATION: AAA
                      STATEMENT.
                    PEOPLE'S #4 EXHIBIT(S) MARKED FOR IDENTIFICATION:
                      CHARLES SCHWAB STATEMENT.
                    PEOPLE'S #5 EXHIBIT(S) MARKED FOR IDENTIFICATION:
                      INSURANCE STATEMENT.
                    PEOPLE'S #6 EXHIBIT(S) MARKED FOR IDENTIFICATION: 8 PG -
                      CONTACT LIST.
                    PEOPLE'S #7 EXHIBIT(S) MARKED FOR IDENTIFICATION: NAMES
                      OF FAMILY MEMBERS.
                    PEOPLE'S #8A EXHIBIT(S) MARKED FOR IDENTIFICATION: 2
                      PHOTOS ON 1 PG DOC..
                    PEOPLE'S #8B EXHIBIT(S) MARKED FOR IDENTIFICATION: 2
                      PHOTOS ON 1 PG DOC..
                    PEOPLE'S #8C EXHIBIT(S) MARKED FOR IDENTIFICATION: 2
                      PHOTOS ON 1 PG DOC..
                    CROSS-EXAMINATION AT 1600.
                    COURT RECESSES AT 1645.
                    DEFENDANT WAIVES RIGHT TO A CONTINUOUS AND UNINTERRUPTED
                      PRELIM.
                    EXHIBIT LIST INCORPORATED HEREIN BY REFERENCE.
                    DEFENDANT ORDERED TO APPEAR ON 11/20/2006 AT 9:36 A.M.
                      IN SUPERIOR COURT, D- J FOR FURTHER PRELIMINARY HEARING
                      (CROSS-EXAMINATION BY DEFENSE).
```

```
J241481                                                          12/28/07
MARIN CJIS                --- REGISTER OF ACTIONS ---            13:14
ORGANIZATION: SC                CASE NO. SC144760A               PAGE  11
*******************************************************************************
RECORD OF CASE EVENTS:

10/04/06 - CONTINUED
                THE FOLLOWING WITNESSES ORDERED TO RETURN: JANE DOE.
                EXHIBITS AND JUDGES NOTES RETAINED IN EXHIBIT CLOSET.
                ENTERED ON CJIS BY CHARIFA, DATE 10/13/2006.

11/20/06 09:36 ** HEARING HELD ON 11/20/06 AT 9:36 A.M. IN SUPERIOR COURT,
                D- J.  HON. VERNA ADAMS, JUDGE, PRESIDING.  CLERK: MS P
                LANGFORD.  REPORTER: SUSAN FITZSIMMONS.  BAILIFF: NONE.
                NATURE OF PROCEEDINGS:  FURTHER PRELIMINARY HEARING.
                DEPUTY DISTRICT ATTORNEY YVETTE MARTINEZ APPEARED.
                DEFENDANT APPEARED WITH ATTORNEY JAMES WALL.
                TIME SCHEDULE DISCUSSED
                JANE DOE HERETOFORE SWORN, RECALLED, TESTIFIES FURTHER
                ON BEHALF OF THE PEOPLE.
                DEFENSE EXHIBIT(S) MARKED FOR IDENTIFICATION: A - EMAIL
                PHOTOCOPY.
                DEFENSE EXHIBIT B MARKED ONLY, NOT IDENTIFIED
                DEFENSE EXHIBIT(S) MARKED FOR IDENTIFICATION: C -
                CONTACT LIST, 2 PAGES.
                WITNESS EXAMINED AND CROSS-EXAMINED.
                OBJECTIONS AND RULINGS STATED ON THE RECORD.
                JANE DOE EXCUSED SUBJECT TO RECALL
                THE FOLLOWING WITNESSES SWORN TO TESTIFY ON BEHALF OF
                THE PROSECUTION: ECKHARDT SCHWARZ, TWIN CITIES POLICE.
                DEFENSE STIPULATES TO PROP 115, QUALIFICATIONS OF THE
                WITNESS FOR PURPOSES OF THIS HEARING
                RECESS DECLARED AT 12:00 P.M.
                COURT RECONVENED AT 1:30 P.M..
                OFFICER SCHWARZ RESUMES TESTIMONY
                PEOPLE'S EXHIBIT(S) MARKED FOR IDENTIFICATION: 9 -
                WIRELESS CAMERA STILL PHOTOCOPY.
                PEOPLE'S EXHIBIT(S) MARKED FOR IDENTIFICATION: 10 -
                EMAIL PHOTOCOPY.
                PEOPLE'S EXHIBIT(S) MARKED FOR IDENTIFICATION: 11 - LIST
                OF PHONE NUMBERS PHOTOCOPY.
                WITNESS EXAMINED AND CROSS-EXAMINED
                OBJECTIONS AND RULINGS STATED ON THE RECORD
                WITNESS EXCUSED
                THE FOLLOWING WITNESSES SWORN TO TESTIFY ON BEHALF OF
                THE PROSECUTION: TOBY MILLER, TWIN CITIES POLICE.
                DEFENSE STIPULATE TO PROP 115 AS TO THIS WITNESS
                PEOPLE'S EXHIBIT(S) MARKED FOR IDENTIFICATION: 12 -
                COLOR PHOTOCOPY, FLIGHT INFORMATION.
                PEOPLE'S EXHIBIT(S) MARKED FOR IDENTIFICATION: 13 - 2
                PAGE COLOR PHOTOCOPY, IDENTIFICATION CARDS.
                PEOPLE'S EXHIBIT(S) MARKED FOR IDENTIFICATION: 14 - 5
                PAGE COLOR PHOTOCOPY, PASSPORT.
                PEOPLE'S EXHIBIT(S) MARKED FOR IDENTIFICATION: 15 -
                COLOR PHOTOCOPY, VOICE RECORDER.
                WITNESS EXAMINED AND CROSS-EXAMINED
```

```
J241481                                                        12/28/07
MARIN CJIS                    --- REGISTER OF ACTIONS ---      13:14
ORGANIZATION: SC                 CASE NO. SC144760A            PAGE  12

*************************************************************************
RECORD OF CASE EVENTS:

11/20/06 - CONTINUED
                    OBJECTIONS AND RULINGS STATED ON THE RECORD
                    WITNESS EXCUSED
                    THE FOLLOWING WITNESSES SWORN TO TESTIFY ON BEHALF OF
                      THE PROSECUTION: DETECTIVE MARK REISCHEL, TWIN CITIES
                      POLICE.
                    DEFENSE STIPULATE TO PROP 115 AS TO THIS WITNESS
                    WITNESS EXAMINED AND CROSS-EXAMINED
                    OBJECTIONS AND RULINGS STATED ON THE RECORD
                    WITNESS EXCUSED
                    THE FOLLOWING WITNESSES SWORN TO TESTIFY ON BEHALF OF
                      THE PROSECUTION: WILLIAM BENNETT, COMPUTER CRIME TASK
                      FORCE.
                    PEOPLE'S EXHIBIT(S) MARKED FOR IDENTIFICATION: 16 -
                      REPORT.
                    PEOPLE'S EXHIBIT(S) MARKED FOR IDENTIFICATION: 17 -
                      BOOKMARKS PRINTOUT.
                    PEOPLE'S EXHIBIT(S) MARKED FOR IDENTIFICATION: 18 - HIT
                      MAN ON-LINE PRINTOUT.
                    PEOPLE'S EXHIBIT(S) MARKED FOR IDENTIFICATION: 19 - 2005
                      FEDERAL AND STATE TAX RETURNS.
                    PEOPLE'S EXHIBIT(S) MARKED FOR IDENTIFICATION: 20 -
                      BOOKMARKS PRINTOUT.
                    PEOPLE'S EXHIBIT(S) MARKED FOR IDENTIFICATION: 21 -
                      BOOKMARKS PRINTOUT, 2 PAGES.
                    WITNESS EXAMINED AND CROSS-EXAMINED, OBJECTIONS AND
                      RULINGS STATED ON THE RECORD
                    WITNESS EXCUSED
                    DETECTIVE REISCHEL RECALLED
                    THE FOLLOWING WITNESSES SWORN TO TESTIFY ON BEHALF OF
                      THE PROSECUTION: DETECTIVE REISCHEL.
                    WITNESS EXAMINED AND CROSS-EXAMINED
                    WITNESS EXCUSED
                    RECESS DECLARED AT 4:30 P.M..
                    DEFENDANT ORDERED TO APPEAR ON 11/21/2006 AT 9:06 A.M.
                      IN SUPERIOR COURT, D- J FOR FURTHER PRELIMINARY HEARING.
                    ENTERED ON CJIS BY PPL, DATE 11/20/2006.

11/21/06 09:06 ** HEARING HELD ON 11/21/06 AT 9:06 A.M. IN SUPERIOR COURT,
                    D- J.  HON. VERNA ADAMS, JUDGE, PRESIDING.  CLERK: MS P
                    LANGFORD.  REPORTER: SUSAN FITZSIMMONS.  BAILIFF: NONE.
                    NATURE OF PROCEEDINGS:  FURTHER PRELIMINARY HEARING.
                  DEPUTY DISTRICT ATTORNEY YVETTE MARTINEZ APPEARED.
                  DEFENDANT APPEARED WITH ATTORNEY JAMES WALL.
                  THE FOLLOWING WITNESSES SWORN TO TESTIFY ON BEHALF OF
                    THE PROSECUTION: ALAN CHU.
                  WITNESS EXAMINED AND CROSS-EXAMINED
                  PEOPLE'S EXHIBIT(S) MARKED FOR IDENTIFICATION: 22 -
                    COMPUTER SCREEN PRINTOUT.
                  WITNESS EXCUSED
```

```
J241481                                                    12/28/07
MARIN CJIS                --- REGISTER OF ACTIONS ---      13:14
ORGANIZATION: SC              CASE NO. SC144760A           PAGE  13

***************************************************************************
RECORD OF CASE EVENTS:

11/21/06 - CONTINUED
                PEOPLE'S EXHIBITS 1B-22 ADMITTED OVER DEFENSE OBJECTION
                PEOPLE'S EXHIBIT(S) ADMITTED IN EVIDENCE: 1B - DVD.
                PEOPLE'S EXHIBIT(S) ADMITTED IN EVIDENCE: 2 - DVD.
                PEOPLE'S EXHIBIT(S) ADMITTED IN EVIDENCE: 3 - AAA
                  STATMENT.
                PEOPLE'S EXHIBIT(S) ADMITTED IN EVIDENCE: 4 - CHARLES
                  SCHWAB STATEMENT.
                PEOPLE'S EXHIBIT(S) ADMITTED IN EVIDENCE: 5 - INSURANCE
                  STATEMENT.
                PEOPLE'S EXHIBIT(S) ADMITTED IN EVIDENCE: 6 - 8 PAGE
                  CONTACT LIST.
                PEOPLE'S EXHIBIT(S) ADMITTED IN EVIDENCE: 7 - NAMES OF
                  FAMILY MEMBERS.
                PEOPLE'S EXHIBIT(S) ADMITTED IN EVIDENCE: 8A - PHOTO
                  (VICTIM WITH BOYFRIEND).
                PEOPLE'S EXHIBIT(S) ADMITTED IN EVIDENCE: 8B - PHOTO
                  (VICTIM IN HAWAII).
                PEOPLE'S EXHIBIT(S) ADMITTED IN EVIDENCE: 8C - PHOTO
                  (VICTIM WITH CATS).
                PEOPLE'S EXHIBIT(S) ADMITTED IN EVIDENCE: 9 - WIRELESS
                  CAMERA STILL PHOTOCOPY.
                PEOPLE'S EXHIBIT(S) ADMITTED IN EVIDENCE: 10 - EMAIL
                  PHOTOCOPY.
                PEOPLE'S EXHIBIT(S) ADMITTED IN EVIDENCE: 11 - LIST OF
                  PHONE NUMBERS.
                PEOPLE'S EXHIBIT(S) ADMITTED IN EVIDENCE: 12 - FLIGHT
                  INFORMATION PHOTOCOPY.
                PEOPLE'S EXHIBIT(S) ADMITTED IN EVIDENCE: 13 - 2 PAGE
                  COLOR PHOTOCOPY (IDENTIFICATION CARDS).
                PEOPLE'S EXHIBIT(S) ADMITTED IN EVIDENCE: 14 - COLOR
                  PHOTOCOPY (PASSPORT).
                PEOPLE'S EXHIBIT(S) ADMITTED IN EVIDENCE: 15 - COLOR
                  PHOTOCOPY (VOICE RECORDER).
                PEOPLE'S EXHIBIT(S) ADMITTED IN EVIDENCE: 16 - REPORT.
                PEOPLE'S EXHIBIT(S) ADMITTED IN EVIDENCE: 17 - BOOKMARKS
                  PRINTOUT.
                PEOPLE'S EXHIBIT(S) ADMITTED IN EVIDENCE: 18 - HIT MAN
                  ONLINE PRINTOUT.
                PEOPLE'S EXHIBIT(S) ADMITTED IN EVIDENCE: 19 - 2005
                  FEDERAL AND STATE TAX RETURNS.
                PEOPLE'S EXHIBIT(S) ADMITTED IN EVIDENCE: 20 - BOOKMARKS
                  PRINTOUT.
                PEOPLE'S EXHIBIT(S) ADMITTED IN EVIDENCE: 21 - 2 PAGE
                  BOOKMARK PRINTOUT.
                PEOPLE'S EXHIBIT(S) ADMITTED IN EVIDENCE: 22 - COMPUTER
                  SCREEN PRINTOUT.
                PARTIES STATE POSITION AND ARGUMENT RE: HOLDING ORDER
                MATTER SUBMITTED
```

```
J241481                                                           12/28/07
MARIN CJIS                    --- REGISTER OF ACTIONS ---        13:14
ORGANIZATION: SC                  CASE NO. SC144760A             PAGE  14

*********************************************************************************
RECORD OF CASE EVENTS:

11/21/06 - CONTINUED
                      THE COURT FINDS SUFFICIENT CAUSE TO BELIEVE THAT THE
                         NAMED DEFENDANT HAS COMMITTED THE OFFENSE CHARGED AND
                         ORDERS THE DEFENDANT HELD TO ANSWER TO THE CHARGES IN
                         THE SUPERIOR COURT AS TO COUNT 1.
                      THE COURT FINDS SUFFICIENT CAUSE TO BELIEVE THAT THE
                         NAMED DEFENDANT HAS COMMITTED THE OFFENSE CHARGED AND
                         ORDERS THE DEFENDANT HELD TO ANSWER TO THE CHARGES IN
                         THE SUPERIOR COURT AS TO COUNT 2.
                      THE COURT FINDS SUFFICIENT CAUSE TO BELIEVE THAT THE
                         NAMED DEFENDANT HAS COMMITTED THE OFFENSE CHARGED AND
                         ORDERS THE DEFENDANT HELD TO ANSWER TO THE CHARGES IN
                         THE SUPERIOR COURT AS TO COUNT 3.
                      THE COURT FINDS SUFFICIENT CAUSE TO BELIEVE THAT THE
                         NAMED DEFENDANT HAS COMMITTED THE OFFENSE CHARGED AND
                         ORDERS THE DEFENDANT HELD TO ANSWER TO THE CHARGES IN
                         THE SUPERIOR COURT AS TO COUNT 4.
                      THE COURT FINDS SUFFICIENT CAUSE TO BELIEVE THAT THE
                         NAMED DEFENDANT HAS COMMITTED THE OFFENSE CHARGED AND
                         ORDERS THE DEFENDANT HELD TO ANSWER TO THE CHARGES IN
                         THE SUPERIOR COURT AS TO COUNT 5.
                      THE COURT FINDS SUFFICIENT CAUSE TO BELIEVE THAT THE
                         NAMED DEFENDANT HAS COMMITTED THE OFFENSE CHARGED AND
                         ORDERS THE DEFENDANT HELD TO ANSWER TO THE CHARGES IN
                         THE SUPERIOR COURT AS TO COUNT 6.
                      THE COURT MAKES THE FOLLOWING FINDINGS AND/OR ORDERS:
                      COURT FINDS BASED ON A STRONG SUSPICION THAT THE
                         DEFENDANT COMMITTED A VIOLATION OF FELONY EAVESDROPPING
                         PURSUANT TO PC 632(A) AND SHOULD BE HELD TO ANSWER TO IT
                      CHARGING DOCUMENT AMENDED TO ADD COUNT 7 :  FELONY,
                         VIOLATION OF PC 632(A).
                      THE COURT FINDS SUFFICIENT CAUSE TO BELIEVE THAT THE
                         NAMED DEFENDANT HAS COMMITTED THE OFFENSE CHARGED AND
                         ORDERS THE DEFENDANT HELD TO ANSWER TO THE CHARGES IN
                         THE SUPERIOR COURT AS TO COUNT 7.
                      DEFENDANT SET FOR ARRAIGNMENT IN THE SUPERIOR COURT ON
                         12/06/2006 AT 9:00 A.M. IN SUPERIOR COURT, D- J.
                      DEFENDANT TO PERSONALLY APPEAR.
                      EXHIBIT(S) PEOPLE'S EXHIBITS 1A-22 RETURNED TO DDA
                         YVETTE MARTINEZ UPON STIPULATION OF COUNSEL.
                      EXHIBIT(S) DEFENSE EXHIBITS A-C RETURNED TO COUNSEL WALL
                         UPON STIPULATION OF COUNSEL.
                      ENTERED ON CJIS BY PPL, DATE 11/22/2006.


12/01/06 07:00       REPORTER'S TRANSCRIPT DATED 11/21/2006, REPORTER SUSAN
                         L. FITSIMMONS, FILED.
                      ENTERED ON CJIS BY DN, DATE 12/01/2006.


12/06/06 09:00 ** HEARING HELD ON 12/06/06 AT 9:00 A.M. IN SUPERIOR COURT,
                      D- J.  HON. VERNA ADAMS, JUDGE, PRESIDING.  CLERK: MS
                      BANUT.  REPORTER: SUSAN FITZSIMMONS.  BAILIFF: NONE.
```

```
J241481                                                        12/28/07
MARIN CJIS                  --- REGISTER OF ACTIONS ---        13:14
ORGANIZATION: SC                CASE NO. SC144760A             PAGE  15
```

**************************************************************************
RECORD OF CASE EVENTS:

12/06/06 - CONTINUED
                    INFORMATION FILED.
              ** NATURE OF PROCEEDINGS:  ARRAIGNMENT IN SUPERIOR COURT.
                 DEPUTY DISTRICT ATTORNEY YVETTE MARTINEZ APPEARED.
                 DEFENDANT APPEARED WITH ATTORNEY JIM WALL, SPECIALLY.
                 FORMAL ARRAIGNMENT WAIVED.
                 STIPULATED DEFENDANT DULY AND PROPERLY ARRAIGNED
                 READING OF CHARGING DOCUMENT WAIVED.
                 DEFENSE DEFERS ENTRY OF PLEA AT THIS TIME.
                 PROTECTIVE ORDER IN CRIMINAL PROCEEDING FILED.
                 (MODIFIED).
                 DEFENDANT SHALL NOT ANNOY, HARASS, THREATEN, COMMIT ACTS
                    OF VIOLENCE, OR OTHERWISE DISTURB THE PEACE OF THE
                    PROTECTED PERSON(S).
                 THE RESTRAINED PERSON SHALL GIVE UP ANY FIREARM IN OR
                    SUBJECT TO HIS OR HER IMMEDIATE POSSESSION OR CONTROL
                    WITHIN 48 HOURS AFTER SERVICE OF THIS ORDER.
                 THE ABOVE NAMED DEFENDANT MUST SURRENDER TO LOCAL LAW
                    ENFORCEMENT OR SELL TO LICENSED GUN DEALER ANY FIREARM
                    IN OR SUBJECT TO HIS OR HER IMMEDIATE POSSESSION OR
                    CONTROL WITHIN 24 HOURS AFTER ISSUANCE OF THIS ORDER.
                 DEFENDANT SHALL NOT ATTEMPT TO OR ACTUALLY PREVENT OR
                    DISSUADE ANY VICTIM OR WITNESS FROM ATTENDING A HEARING
                    OR TESTIFYING OR MAKING A REPORT TO ANY LAW ENFORCEMENT
                    AGENCY OR PERSON.
                 DEFENDANT SHALL HAVE NO PERSONAL, TELEPHONIC, OR WRITTEN
                    CONTACT WITH THE PROTECTED PERSON(S).
                 DEFENDANT SHALL HAVE NO CONTACT WITH THE PROTECTED
                    PERSON(S) THROUGH A THIRD PARTY, EXCEPT BY AN ATTORNEY
                    OF RECORD.
                 DEFENDANT SHALL NOT COME WITHIN 100 YARDS OF THE
                    PROTECTED PERSON(S).
                 THE PROTECTED PERSON MAY RECORD ANY PROHIBITED
                    COMMUNICATIONS MADE TO HIM OR HER BY THE RESTRAINED
                    PERSON.
                 NAME OF PROTECTED PERSON IS CONFIDENTIAL, SEX F.
                 DEFENDANT TO STAY AWAY FROM 100 LUCKY DRIVE, #108, CORTE
                    MADERA, CA
                 THE PROTECTIVE ORDER WILL EXPIRE ON 11/28/08 ; OR OTHER
                    ORDER OF THE COURT AS REQUESTED.
                 DEFENDANT ORDERED TO APPEAR ON 12/15/2006 AT 9:00 A.M.
                    IN SUPERIOR COURT, D- J FOR ENTRY OR CHANGE OF PLEA.
                 ENTERED ON CJIS BY BANUT, DATE 12/11/2006.

12/15/06 09:00 ** HEARING HELD ON 12/15/06 AT 9:00 A.M. IN SUPERIOR COURT,
                 D- J.  HON. VERNA ADAMS, JUDGE, PRESIDING.  CLERK: MS
                 BANUT.  REPORTER: SUSAN FITZSIMMONS.  BAILIFF: NONE.
                 NATURE OF PROCEEDINGS:  ENTRY OR CHANGE OF PLEA.
                 DEPUTY DISTRICT ATTORNEY YVETTE MARTINEZ APPEARED.
                 DEFENDANT APPEARED WITH ATTORNEY JIM WALL, SPECIALLY.

```
J241481                                                           12/28/07
MARIN CJIS                    --- REGISTER OF ACTIONS ---         13:14
ORGANIZATION: SC                  CASE NO. SC144760A              PAGE  16

**********************************************************************
RECORD OF CASE EVENTS:

12/15/06 - CONTINUED
                    DEFENDANT IN CUSTODY ON THIS CASE.
                    DEFENDANT ARRESTED EARLY THIS MORNING.
                    ENTRY OF PLEA IS DEFERRED.
                    REFERRED TO PROBATION DEPARTMENT FOR OR/BAIL REPORT.
                    CONTINUED TO 12/19/2006 AT 9:00 A.M. IN SUPERIOR COURT,
                     D- J FOR HEARING RE O.R..
                    DEFENDANT TO PERSONALLY APPEAR.
                    ENTERED ON CJIS BY BANUT, DATE 12/15/2006.

12/19/06 09:00 ** HEARING HELD ON 12/19/06 AT 9:00 A.M. IN SUPERIOR COURT,
                     D- J.  HON. VERNA ADAMS, JUDGE, PRESIDING.  CLERK: MS
                     BANUT.  REPORTER: SUSAN FITZSIMMONS.  BAILIFF: NONE.
                     NATURE OF PROCEEDINGS:  HEARING ON O.R. RECOMMENDATION.
                    DEPUTY DISTRICT ATTORNEY YVETTE MARTINEZ APPEARED.
                    DEFENDANT APPEARED WITH ATTORNEY JIM WALL, SPECIALLY.
                    DISCUSSION RE:  WORK PRODUCT FROM DEFENSE COUNSEL ON
                     DEFENDANT'S COMPUTER.
                    COURT INFORMS PARTIES THAT THE PEOPLE ARE ON NOTICE
                     REGARDING THIS ISSUE.
                    TIME CONTINUES TO BE WAIVED.
                    DEFENDANT ORDERED TO APPEAR ON 12/22/2006 AT 9:00 A.M.
                     IN SUPERIOR COURT, D- J FOR ENTRY OR CHANGE OF PLEA.
                    ENTERED ON CJIS BY BANUT, DATE 12/19/2006.

12/22/06 09:00 ** HEARING HELD ON 12/22/06 AT 9:00 A.M. IN SUPERIOR COURT,
                     D- J.  HON. VERNA ADAMS, JUDGE, PRESIDING.  CLERK: MS
                     BANUT.  REPORTER: SUSAN FITZSIMMONS.  BAILIFF: NONE.
                     NATURE OF PROCEEDINGS:  ENTRY OR CHANGE OF PLEA.
                    DEPUTY DISTRICT ATTORNEY JACK RYDER APPEARED.
                    DEFENDANT APPEARED WITH ATTORNEY JIM WALL.
                    DEFENDANT ENTERED A PLEA OF NOT GUILTY TO ALL COUNTS.
                    TIME WAIVED BY DEFENDANT.
                    DEFENDANT ORDERED TO APPEAR ON 01/08/2007 AT 9:00 A.M.
                     IN SUPERIOR COURT, D- J FOR SET FOR TRIAL.
                    WAIVER OF DEFENDANT'S PERSONAL PRESENCE FILED.
                    ENTERED ON CJIS BY BANUT, DATE 12/22/2006.

12/26/06 07:00    CASE REASSIGNED TO JUDGE MICHAEL B. DUFFICY.
                    NOTICE OF REASSIGNMENT MAILED TO PARTIES.
                    VACATE SET FOR TRIAL THAT WAS SET ON 01/08/2007 AT 9:00
                     A.M.
                    HEARING SET ON 01/08/2007 AT 9:00 A.M. IN SUPERIOR COURT
                     , D- C FOR SET FOR TRIAL.
                    ENTERED ON CJIS BY FK, DATE 12/26/2006.

01/08/07 09:00 ** HEARING HELD ON 01/08/07 AT 9:00 A.M. IN SUPERIOR COURT,
                     D- C.  HON. MICHAEL DUFFICY, JUDGE, PRESIDING.  CLERK:
                     MS PETERSON.  REPORTER: DONNA BLUM.  BAILIFF: NONE.
                     NATURE OF PROCEEDINGS:  SET TRIAL DATE.
```

```
J241481                                                      12/28/07
MARIN CJIS                  --- REGISTER OF ACTIONS ---      13:14
ORGANIZATION: SC               CASE NO. SC144760A            PAGE  17

**************************************************************************
RECORD OF CASE EVENTS:

01/08/07 - CONTINUED
                    DEPUTY DISTRICT ATTORNEY TOM BROWN APPEARED.
                    DEFENDANT APPEARED WITHOUT COUNSEL.
                    PER DISTRICT ATTORNEY, MR. WALL STUCK IN MARTINEZ.
                    DEFENDANT ORDERED TO APPEAR ON 01/10/2007 AT 9:00 A.M.
                      IN SUPERIOR COURT, D- C FOR SET FOR TRIAL.
                    ENTERED ON CJIS BY SRP, DATE 01/08/2007.

01/10/07 09:00 ** HEARING HELD ON 01/10/07 AT 9:00 A.M. IN SUPERIOR COURT,
                    D- C.  HON. MICHAEL DUFFICY, JUDGE, PRESIDING.  CLERK:
                    MS PETERSON.  REPORTER: DONNA BLUM.  BAILIFF: NONE.
                    NATURE OF PROCEEDINGS:  SET TRIAL DATE.
                    DEPUTY DISTRICT ATTORNEY YVETTE MARTINEZ APPEARED.
                    DEFENDANT APPEARED WITH ATTORNEY JAMES WALL.
                    DEFENDANT WAIVES TIME FOR TRIAL.
                    ESTIMATED LENGTH OF TRIAL: 10 DAYS.
                    DEFENDANT ORDERED TO APPEAR ON 01/31/2007 AT 10:00 A.M.
                      IN SUPERIOR COURT, D- C FOR STATUS REPORT.
                    DEFENDANT ORDERED TO APPEAR ON 05/11/2007 AT 9:30 A.M.
                      IN SUPERIOR COURT, D- C FOR JURY TRIAL.
                    DEFENDANT ORDERED TO APPEAR ON 05/10/2007 AT 1:30 P.M.
                      IN SUPERIOR COURT, D- C FOR MTN IN LIMINE.
                    ENTERED ON CJIS BY SRP, DATE 01/10/2007.

01/29/07 07:00    MATTER VACATED FROM COURT DATE PER DISTRICT ATTORNEY.
                  VACATE STATUS REPORT THAT WAS SET ON 01/31/2007 AT 10:00
                  A.M.
                  ENTERED ON CJIS BY SRP, DATE 01/30/2007.

04/16/07 07:00    BY ORDER OF THE SUPERVISING CRIMINAL JUDGE, THE CASE IS
                  REASSIGNED TO THE HONORABLE PAUL HAAKENSON FOR ALL
                  PURPOSES.
                  CONTINUED TO 04/19/2007 AT 9:00 A.M. IN SUPERIOR COURT,
                    D- F FOR STATUS REPORT RE JURY TRIAL.
                  NOTICE OF CASE REASSIGNMENT MAILED TO COUNSEL.
                  ENTERED ON CJIS BY MEA, DATE 04/16/2007.

04/19/07 09:00 ** HEARING HELD ON 04/19/07 AT 9:00 A.M. IN SUPERIOR COURT,
                    D- F.  HON. PAUL HAAKENSON, JUDGE, PRESIDING.  CLERK: MS
                    CICCONE.  REPORTER: ELAINE NINKOVICH.  BAILIFF: NONE.
                    NATURE OF PROCEEDINGS:  STATUS REPORT.
                    DEPUTY DISTRICT ATTORNEY TOM BROWN APPEARED.
                    ATTORNEY JIM WALL APPEARED FOR DEFENDANT.
                    VACATE MTN IN LIMINE THAT WAS SET ON 05/10/2007 AT 1:30
                    P.M.
                    VACATE JURY TRIAL THAT WAS SET ON 05/11/2007 AT 9:30
                    A.M.
                    DEFENDANT ORDERED TO APPEAR ON 05/14/2007 AT 1:30 P.M.
                      IN SUPERIOR COURT, D- F FOR MTN IN LIMINE.
```

```
J241481                                                      12/28/07
MARIN CJIS                --- REGISTER OF ACTIONS ---        13:14
ORGANIZATION: SC              CASE NO. SC144760A             PAGE  18

**********************************************************************
RECORD OF CASE EVENTS:


04/19/07 - CONTINUED
                    DEFENDANT ORDERED TO APPEAR ON 05/15/2007 AT 9:30 A.M.
                        IN SUPERIOR COURT, D- F FOR JURY TRIAL.
                    MOTIONS IN LIMINE TO BE FILED BY 5/11/07.
                    ENTERED ON CJIS BY CICCONE, DATE 04/19/2007.


04/20/07 07:00      AT REQUEST OF COURT AND DISTRICT ATTORNEY, MATTER PLACED
                        ON CALENDAR.
                    CONTINUED TO 04/26/2007 AT 9:00 A.M. IN SUPERIOR COURT,
                        D- F FOR STATUS REPORT.
                    ENTERED ON CJIS BY CICCONE, DATE 04/20/2007.


04/26/07 09:00 **   HEARING HELD ON 04/26/07 AT 9:00 A.M. IN SUPERIOR COURT,
                        D- F.  HON. PAUL HAAKENSON, JUDGE, PRESIDING.  CLERK: MS
                        OKUBO.  REPORTER: ELAINE NINKOVICH.  BAILIFF: NONE.
                        NATURE OF PROCEEDINGS:  STATUS REPORT.
                    DEPUTY DISTRICT ATTORNEY TOM BROWN APPEARED.
                    NO APPEARANCE BY OR FOR DEFENDANT.
                    CONTINUED TO 04/27/2007 AT 9:00 A.M. IN SUPERIOR COURT,
                        D- F FOR STATUS REPORT.
                    ENTERED ON CJIS BY PO, DATE 04/26/2007.


04/27/07 09:00 **   HEARING HELD ON 04/27/07 AT 9:00 A.M. IN SUPERIOR COURT,
                        D- F.  HON. PAUL HAAKENSON, JUDGE, PRESIDING.  CLERK: MS
                        OKUBO.  REPORTER: ELAINE NINKOVICH.  BAILIFF: NONE.
                        NATURE OF PROCEEDINGS:  STATUS REPORT.
                    DEPUTY DISTRICT ATTORNEY TOM BROWN APPEARED.
                    ATTORNEY JIM WALL APPEARED FOR DEFENDANT.
                    COUNSEL WALL STATES HE HAS HAD NO CONTACT WITH MR. SUDAR
                        .
                    VACATE MTN IN LIMINE THAT WAS SET ON 05/14/2007 AT 1:30
                        P.M.
                    VACATE JURY TRIAL THAT WAS SET ON 05/15/2007 AT 9:30
                        A.M.
                    COURT RE-SETS 5/10/07 AS WAS THE LAST DATE DEFENDANT WAS
                        ORDERED TO APPEAR.
                    DEFENDANT ORDERED TO APPEAR ON 05/10/2007 AT 1:30 P.M.
                        IN SUPERIOR COURT, D- F FOR STATUS REPORT /SET TRIAL
                        DATE.
                    ENTERED ON CJIS BY PO, DATE 04/27/2007.


05/10/07 13:30 **   HEARING HELD ON 05/10/07 AT 1:30 P.M. IN SUPERIOR COURT,
                        D- J.  HON. JOHN A SUTRO, JUDGE, PRESIDING.  CLERK: MS J
                        LANGFORD.  REPORTER: CHRIS GILSON.  BAILIFF: NONE.
                        NATURE OF PROCEEDINGS:  STATUS REPORT.
                    DEPUTY DISTRICT ATTORNEY TOM BROWN APPEARED.
                    DEFENDANT APPEARED WITH ATTORNEY NEDRA RUIZ.
                    TIME WAIVED BY DEFENDANT.
                    DEFENDANT ORDERED TO APPEAR ON 05/17/2007 AT 9:00 A.M.
                        IN SUPERIOR COURT, D- F FOR SET FOR TRIAL.
```

```
J241481                                                        12/28/07
MARIN CJIS                    --- REGISTER OF ACTIONS ---      13:14
ORGANIZATION: SC                   CASE NO. SC144760A          PAGE  19

******************************************************************************
RECORD OF CASE EVENTS:

05/10/07 - CONTINUED
                      ENTERED ON CJIS BY JLL, DATE 05/10/2007.

05/15/07 07:00        PER THE COURT WITH COUNSELS CONSENT CASE MOVED TO
                        5/16/07
                      VACATE SET FOR TRIAL THAT WAS SET ON 05/17/2007 AT 9:00
                        A.M.
                      CONTINUED TO 05/16/2007 AT 9:00 A.M. IN SUPERIOR COURT,
                        D- F FOR SET FOR TRIAL.
                      ENTERED ON CJIS BY PO, DATE 05/15/2007.

05/16/07 09:00 **     HEARING HELD ON 05/16/07 AT 9:00 A.M. IN SUPERIOR COURT,
                        D- F.  HON. PAUL HAAKENSON, JUDGE, PRESIDING.  CLERK: MS
                        OKUBO.  REPORTER: ELAINE NINKOVICH.  BAILIFF: NONE.
                        NATURE OF PROCEEDINGS:  SET TRIAL DATE.
                      DEPUTY DISTRICT ATTORNEY YVETTE MARTINEZ APPEARED.
                      DEFENDANT APPEARED WITH ATTORNEY NEDRA RUIZ.
                      ESTIMATED LENGTH OF TRIAL: 5 DAYS.
                      DEFENDANT CONTINES TO WAIVE TIME.
                      MOTIONS IN LIMINE ARE DUE THE WEEK BEFORE TRIAL IF
                        LENGTHY.
                      DEFENDANT ORDERED TO APPEAR ON 09/24/2007 AT 1:30 P.M.
                        IN SUPERIOR COURT, D- F FOR MTN IN LIMINE.
                      DEFENDANT ORDERED TO APPEAR ON 09/25/2007 AT 9:30 A.M.
                        IN SUPERIOR COURT, D- F FOR JURY TRIAL.
                      ENTERED ON CJIS BY PO, DATE 05/16/2007.

08/16/07 07:00        ADDED TO CALENDAR AT REQUEST OF COUNSEL AND PERMISSION
                        OF COURT.
                      CONTINUED TO 08/17/2007 AT 9:00 A.M. IN SUPERIOR COURT,
                        D- C FOR MTN FOR DISCOVERY.
                      ENTERED ON CJIS BY SRP, DATE 08/16/2007.

08/17/07 09:00 **     HEARING HELD ON 08/17/07 AT 9:00 A.M. IN SUPERIOR COURT,
                        D- C.  HON. MICHAEL DUFFICY, JUDGE, PRESIDING.  CLERK:
                        MS PETERSON.  REPORTER: TINA HANNON.  BAILIFF: NONE.
                        NATURE OF PROCEEDINGS:  MOTION FOR DISCOVERY.
                      DEPUTY DISTRICT ATTORNEY TOM BROWN APPEARED.
                      ATTORNEY NEDRA RUIZ APPEARED FOR DEFENDANT.
                      DISCUSSION HELD WITH COUNSEL RE ATTORNEY CLIENT
                        PRIVILEDGE AND EXTENSIVE EVIDENCE IN SEIZED COMPUTER.
                      COUNSEL TO RESOLVE WITH SPECIAL MASTER MORAN OR JUDGE
                        HAAKENSON UPON HIS RETURN.
                      MATTER TO REMAIN AS SET.
                      ENTERED ON CJIS BY SRP, DATE 08/17/2007.

08/21/07 07:00        MATTER ADDED TO CALENDAR AT THE REQUEST OF THE DISTRICT
                        ATTORNEY.
                      CONTINUED TO 08/22/2007 AT 9:00 A.M. IN SUPERIOR COURT,
                        D- F FOR STATUS REPORT.
```

```
J241481                                                          12/28/07
MARIN CJIS                    --- REGISTER OF ACTIONS ---        13:14
ORGANIZATION: SC                 CASE NO. SC144760A              PAGE  20

*****************************************************************************
RECORD OF CASE EVENTS:

08/21/07 - CONTINUED
                   ENTERED ON CJIS BY TR, DATE 08/21/2007.


08/22/07 09:00 ** HEARING HELD ON 08/22/07 AT 9:00 A.M. IN SUPERIOR COURT,
                   D- F.  HON. PAUL M HAAKENSON, JUDGE, PRESIDING.  CLERK:
                   MS RAMIREZ.  REPORTER: BRANDY CARRIER.  BAILIFF: NONE.
                   NATURE OF PROCEEDINGS:  STATUS REPORT.
                   DEPUTY DISTRICT ATTORNEY TOM BROWN APPEARED.
                   ATTORNEY NEDRA RUIZ APPEARED FOR DEFENDANT.
                   APPEARANCE BY NEIL MORAN-SPECIAL MASTER.
                   COURT AND COUNSEL CONFER IN CHAMBERS.
                   SEARCH WARRANT RE DEFENDANT'S COMPUTER DISCUSSED.
                   COURT ORDERS THE DISTRICT ATTORNEY TO MAKE A COPY OF THE
                      COMPUTER HARD DRIVE AND GIVE COPY TO DEFENSE COUNSEL'S
                      EXPERT PER PC 1524.
                   CONTINUED TO 09/10/07 AT 9:00 A.M. IN SUPERIOR COURT,
                   D- F FOR STATUS REPORT /REVIEW PRIVILEDGED MATERIAL FROM
                      COMPUTER.
                   MATTER TO REMAIN AS SET.
                   AS TO MOTIONS IN LIMINE AND TRIAL.
                   ENTERED ON CJIS BY TR, DATE 08/22/2007.


09/10/07 09:00 ** HEARING HELD ON 09/10/07 AT 9:00 A.M. IN SUPERIOR COURT,
                   D- F.  HON. PAUL M HAAKENSON, JUDGE, PRESIDING.  CLERK:
                   MS RAMIREZ.  REPORTER: ELAINE NINKOVICH.  BAILIFF: NONE.
                   NATURE OF PROCEEDINGS:  STATUS REPORT.
                   DEPUTY DISTRICT ATTORNEY TOM BROWN APPEARED.
                   ATTORNEY NEDRA RUIZ APPEARED FOR DEFENDANT.
                   APPEARANCE BY SPECIAL MASTER NEIL MORAN.
                   MS. RUIZ ADDRESSES THE COURT REGARDING CONFIDENTIAL
                      DOCUMENTS TO EXCLUDE ATTORNEY/CLIENT PRIVILEDGE.
                   COURT NEEDS DOCUMENTS BEFORE FRIDAY.
                   CONTINUED TO 09/14/2007 AT 9:00 A.M. IN SUPERIOR COURT,
                   D- F FOR STATUS REPORT /REVIEW PRIVILEDGED MATERIAL.
                   MATTER TO REMAIN AS SET.
                   AS TO MOTIONS IN LIMINE AND TRIAL 9/24/07 AND 9/25/07.
                   ENTERED ON CJIS BY TR, DATE 09/10/2007.


09/13/07 07:00    DEFENSE CLAIM OF ATTORNEY CLIENT PRIBILEGE:   DECLARATION
                      OF DEFENSE COUNSEL NEDRA RUIZ FILED.
                   ENTERED ON CJIS BY MH, DATE 09/13/2007.


09/14/07 09:00 ** HEARING HELD ON 09/14/07 AT 9:00 A.M. IN SUPERIOR COURT,
                   D- F.  HON. PAUL M HAAKENSON, JUDGE, PRESIDING.  CLERK:
                   MS RAMIREZ.  REPORTER: ELAINE NINKOVICH.  BAILIFF: NONE.
                   NATURE OF PROCEEDINGS:  STATUS REPORT.
                   DEPUTY DISTRICT ATTORNEY TOM BROWN APPEARED.
                   ATTORNEY NEDRA RUIZ APPEARED FOR DEFENDANT.
                   (CONFIDENTIAL) CD LABELED SUDAR PRESENTED TO THE COURT
                      FOR REVIEW BY MS. RUIZ.
```

```
J241481                                                     12/28/07
MARIN CJIS               --- REGISTER OF ACTIONS ---        13:14
ORGANIZATION: SC             CASE NO. SC144760A             PAGE  21

*************************************************************************
RECORD OF CASE EVENTS:


09/14/07 - CONTINUED
                    CONTINUED TO 09/18/2007 AT 10:30 A.M. IN SUPERIOR COURT,
                     D- F FOR STATUS REPORT /REVIEW OF CD.
                    MATTER TO REMAIN AS SET.
                    AS TO MOTIONS IN LIMINE 9/24/07 AND TRIAL 9/25/07.
                    ENTERED ON CJIS BY TR, DATE 09/14/2007.


09/18/07 10:30 ** HEARING HELD ON 09/18/07 AT 10:30 A.M. IN SUPERIOR COURT
                    , D- F.  HON. PAUL M HAAKENSON, JUDGE, PRESIDING.
                    CLERK: MS RAMIREZ.  REPORTER: ELAINE NINKOVICH.
                    BAILIFF: NONE.
                    NATURE OF PROCEEDINGS:  STATUS REPORT.
                    DEPUTY DISTRICT ATTORNEY AJ BRADY APPEARED.
                    ATTORNEY NEDRA RUIZ APPEARED FOR DEFENDANT.
                    COURT NOTES, RECORDS WERE REVIEWED.
                    COURT NOTES, DEFENDANT IS REQUESTING COUNSEL BE RELIEVED
                    .
                    CONTINUED TO 09/19/2007 AT 9:00 A.M. IN SUPERIOR COURT,
                     D- F FOR STATUS REPORT RELIEVE COUNSEL.
                    DEFENDANT TO APPEAR RE: REQUEST TO RELIEVE COUNSEL.
                    ENTERED ON CJIS BY TR, DATE 09/18/2007.


09/19/07 09:00 ** HEARING HELD ON 09/19/07 AT 9:00 A.M. IN SUPERIOR COURT,
                     D- F.  HON. PAUL M HAAKENSON, JUDGE, PRESIDING.  CLERK:
                     MS RAMIREZ.  REPORTER: ELAINE NINKOVICH.  BAILIFF: NONE.
                    NATURE OF PROCEEDINGS:  STATUS REPORT.
                    DEPUTY DISTRICT ATTORNEY TOM BROWN APPEARED.
                    ATTORNEY NEDRA RUIZ APPEARED FOR DEFENDANT.
                    NO APPEARANCE BY THE DEFENDANT.
                    ATTORNEY RUIZ STATES TO THE COURT THAT SHE DID NOT HAVE
                     THE DEFENDANT'S TELEPHONE NUMBER, BUT E-MAILED THE
                     DEFENDANT YESTERDAY.
                    COURT NOTES:  DEFENDANT'S REQUEST TO RELIEVE ATTORNEY
                     RUIZ IS DENIED (UNTIMELY)
                    COURT NOTES:  DISTRICT ATTORNEY MR. BROWN TO NOTIFY MR.
                     BENNETT THAT HE IS PROHIBITED FROM LOOKING AT THE
                     DOCUMENTS AND FOLDER, BUT MAY COPY FILE AND DELIVER
                    TO MR. MORAN (SPECIAL MASTER)
                    MS. RUIZ IS TO BE PRESENT AT 8:30AM TO REVIEW DOCUMENTS
                     WITH JUDGE HAAKENSON IN CHAMBERS
                    CONTINUED TO 09/20/2007 AT 9:00 A.M. IN SUPERIOR COURT,
                     D- F FOR STATUS REPORT /REVIEW OF DOCUMENTS.
                    MATTER TO REMAIN AS SET.
                    AS TO MOTIONS IN LIMINE, 9/24/07 AND TRIAL 9/25/07.
                    ENTERED ON CJIS BY TR, DATE 09/19/2007.


09/20/07 09:00 ** HEARING HELD ON 09/20/07 AT 9:00 A.M. IN SUPERIOR COURT,
                     D- F.  HON. PAUL M HAAKENSON, JUDGE, PRESIDING.  CLERK:
                     MS RAMIREZ.  REPORTER: ELAINE NINKOVICH.  BAILIFF: NONE.
                    NATURE OF PROCEEDINGS:  STATUS REPORT.
```

```
J241481                                                        12/28/07
MARIN CJIS                  --- REGISTER OF ACTIONS ---        13:14
ORGANIZATION: SC               CASE NO. SC144760A              PAGE  22

*****************************************************************************
RECORD OF CASE EVENTS:

09/20/07 - CONTINUED
                   DEPUTY DISTRICT ATTORNEY TOM BROWN APPEARED.
                   ATTORNEY NEDRA RUIZ APPEARED FOR DEFENDANT.
                   COURT REVIEWED THE DOCUMENTS WITH MS. RUIZ
                   PRINTED COPIES OF THE DOCUMENTS ARE TO BE PROVIDED TO
                      COUNSEL BY THE COURT
                   THE CD IS TO BE REVIEWED BY THE COURT
                   MATTER TO REMAIN AS SET.
                   AS TO MOTIONS IN LIMINE 9/24/07 AND TRJ 9/25/07.
                   ENTERED ON CJIS BY TR, DATE 09/20/2007.


09/24/07 13:30 ** HEARING HELD ON 09/24/07 AT 1:30 P.M. IN SUPERIOR COURT,
                      D- F.  HON. PAUL M HAAKENSON, JUDGE, PRESIDING.  CLERK:
                      CASI HOBBS.  REPORTER: ELAINE NINKOVICH.  BAILIFF: NONE.
                      NATURE OF PROCEEDINGS:  MOTION IN LIMINE.
                   DEPUTY DISTRICT ATTORNEY TOM BROWN APPEARED.
                   ATTORNEY NEDRA RUIZ APPEARED FOR DEFENDANT.
                   MATTER IS BEFORE THE COURT FOR MOTIONS IN LIMINE AND
                      JURY TRIAL SCHEDULED TO COMMENCE TOMORROW, 09/25/07 AT
                      9:30 AM.
                   COURT WAITED UNTIL 2:06 PM FOR DEFENDANT TO APPEAR.
                   MS. RUIZ REQUESTS COURT STAY ISSUANCE OF BENCH WARRANT
                      AND FORFEITURE OF PROPERTY BOND POSTED TO ALLOW HER TO
                      CONTACT DEFENDANT TO APPEAR TOMORROW.
                   PEOPLE OBJECT TO ANY STAY OF PROPERTY BOND FORFEITURE
                      AND ISSUANCE OF BENCH WARRANT.
                   THE COURT MAKES THE FOLLOWING FINDINGS AND/OR ORDERS:
                   MOTION OF MS. RUIZ FOR/TO STAY OF ORDER FOR BENCH
                      WARRANT AND FORFEITURE OF PROPERTY BOND IS DENIED.
                   BENCH WARRANT ORDERED ISSUED.  BAIL SET IN THE AMOUNT OF
                      $250,000.00.
                   PROPERTY BOND NO. 294 BUTTERFIELD ROAD, SAN ANSELMO, CA
                      FORFEITED.
                   PROPERTY BOND POSTED BY SHUYU KAFMAAN FOR PROPERTY
                      LOCATED AT 294 BUTTERFILED RAOD, SAN ANSELMO, CA IN THE
                      COUNTY OF MARIN IS ORDERED FORFEIT.
                   SECRETARY PATTY JENSEN, MARIN COUNTY COUNSEL IS PRESENT
                      IN COURT AND VERBALLY NOTIFIED OF FORFEITURE BY
                      COURTROOM CLERK CASI HOBBS.
                   DEPUTY COUNTY COUNSEL JACK GOVI NOTIFIED VIA E-MAIL.
                   VACATE JURY TRIAL THAT WAS SET ON 09/25/2007 AT 9:30
                      A.M.
                   JURY COMMISSIONER NOTIFIED RE: CANCELLATION OF JURY
                      TRIAL.
                   ENTERED ON CJIS BY CLH, DATE 09/24/2007.
           13:45 ** HEARING HELD ON 09/24/07 AT 1:45 P.M. IN SUPERIOR COURT,
                      D- F.  HON. PAUL M HAAKENSON, JUDGE, PRESIDING.  CLERK:
                      CASI HOBBS.  REPORTER: NONE PRESENT.  BAILIFF: NONE.
                      ***************  EX PARTE MINUTE ORDER  ***************
                             .
```

```
J241481                                                    12/28/07
MARIN CJIS                --- REGISTER OF ACTIONS ---       13:14
ORGANIZATION: SC             CASE NO. SC144760A             PAGE  23

*********************************************************************
RECORD OF CASE EVENTS:

09/24/07 - CONTINUED
                  DEFENDANT APPEARED IN COURTROOM AT 3:30 PM INDICATING HE
                     WAS NOT AWARE OF TODAY'S HEARING AT 1:30 PM.
                  COURT HAS CONSENTED TO MATTER BEING PLACED ON CALENDAR
                     TOMORROW, 09/25/07 AT 9:00 AM AND ISSUANCE OF BENCH
                     WARRANT BE HELD.
                  THE COURT MAKES THE FOLLOWING FINDINGS AND/OR ORDERS:
                  BENCH WARRANT RECALLED.
                  BENCH WARRANT TO ISSUE AND ORDERED STAYED TO 09/25/2007
                     AT 9:00 A.M. IN SUPERIOR COURT, D- F FOR APPR BENCH
                     WARRANT: FTA.  BAIL SET AT $250,000.00.
                  REINSTATEMENT OF REAL PROPERTY BOND TO BE ADDRESSED AT
                     09/25/07 HEARING.
                  DEPUTY COUNTY COUNSEL JACK GOVI NOTIFIED VIA E-MAIL.
                  ENTERED ON CJIS BY CLH, DATE 09/24/2007.
         15:21     ORDERED WARRANT ISSUED FOR DEFENDANT AT 3:21 P.M. BY
                     USER RGC FORWARDED TO SHERIFF'S DEPARTMENT.


09/25/07 09:00 ** HEARING HELD ON 09/25/07 AT 9:00 A.M. IN SUPERIOR COURT,
                     D- F.  HON. PAUL M HAAKENSON, JUDGE, PRESIDING.  CLERK:
                     CASI HOBBS.  REPORTER: ELAINE NINKOVICH.  BAILIFF: NONE.
                     NATURE OF PROCEEDINGS:  RETURN ON BENCH WARRANT:  FAILED
                     TO APPEAR.
                  DEPUTY DISTRICT ATTORNEY TOM BROWN APPEARED.
                  DEFENDANT APPEARED WITHOUT COUNSEL.
                  THE COURT MAKES THE FOLLOWING FINDINGS AND/OR ORDERS:
                  BENCH WARRANT RECALLED.
                  BENCH WARRANT ORDERED STAYED TO THIS DATE IS ORDERED
                     VACATED.
                  MOTION TO VACATE FORFEITURE AND REINSTATE PROPERTY BOND
                     NO. 294 BUTTERFIELD ROAD, SAN ANSELMO, CA IS GRANTED.
                     REINSTATEMENT FEE WAIVED.
                  MR. BROWN ADVISES COURT HE LEFT A MESSAGE FOR MS. RUIZ
                     REGARDING DEFENDANT'S LATE APPEARANCE IN COURT YESTERDAY
                     AND MATTER WAS ADDED TO CALENDAR THIS MORNING.
                  COURT ADDRESSES PRIVILEGED INFORMATATION AND EVIDENCE
                     SEIZED IN COMPUTER.  THE COURT HAS DEEMED SOME FILES AS
                     PRIVILEGED AND SHALL NOT BE DISCLOSED.  THIS ISSUE IS
                     STILL PENDING AND NEEDS TO BE RESOLVED.
                  DEFENDANT IS ADVISED THIS COURT'S ORDER ON 09/19/07
                     09/19/07 REMAINS AND MS. RUIZ IS STILL ATTORNEY OF
                     RECORD IN THIS MATTER.
                  DEFENDANT SHALL CONTACT MS. RUIZ AND ADVISE OF COURT
                     SETTING TOMORROW, 09/26/07 AT 9:00 AM.
                  THIS MATTER NEEDS TO BE RESOLVED OR SET FOR JURY TRIAL
                     IMMEDIATELY.
                  DEFENDANT ORDERED TO APPEAR ON 09/26/2007 AT 9:00 A.M.
                     IN SUPERIOR COURT, D- F FOR STATUS REPORT -RESETTING OF
                     JURY TRIAL.
```

```
J241481                                                    12/28/07
MARIN CJIS                  --- REGISTER OF ACTIONS ---    13:14
ORGANIZATION: SC                CASE NO. SC144760A         PAGE  24

****************************************************************************
RECORD OF CASE EVENTS:


09/25/07 - CONTINUED
                    DEPUTY COUNTY COUNSEL JACK GOVI NOTIFIED RE: REAL
                    PROPERTY REINSTATEMENT ORDER.

09/26/07 09:00 ** HEARING HELD ON 09/26/07 AT 9:00 A.M. IN SUPERIOR COURT,
                    D- F.  HON. PAUL M HAAKENSON, JUDGE, PRESIDING.  CLERK:
                    CASI HOBBS.  REPORTER: ELAINE NINKOVICH.  BAILIFF: NONE.
                    NATURE OF PROCEEDINGS:  STATUS REPORT.
                  DEPUTY DISTRICT ATTORNEY TOM BROWN APPEARED.
                  DEFENDANT APPEARED WITH ATTORNEY NEDRA RUIZ.
                  MS. RUIZ ADDRESSES COURT REGARDING DEFENDANT'S REQUEST
                    SHE NO LONGER REPRESENT HIM VIA LETTER DATED 09/11/07,
                    POSTMARKED ON 09/12/07 AND RECEIVED BY MS. RUIZ ON
                    09/17/07.
                  MS. RUIZ REQUESTS THE COURT RELIEVE DUE TO A COMPLETE
                    BREAK DOWN IN ATTORNEY/CLIENT RELATIONSHIP.
                  DEFENDANT ADVISES THE COURT HE WILL BE RETAINING ANOTHER
                    ATTORNEY TO REPRESENT HIM.
                  THE COURT MAKES THE FOLLOWING FINDINGS AND/OR ORDERS:
                  MOTION TO BE RELIEVED AS ATTORNEY OF RECORD IS GRANTED.
                  COURT ADMONISHES DEFENDANT THIS IS THE SECOND TIME THIS
                    HAS HAPPENEND IN THIS MATTER AND THE DISTRICT ATTORNEY
                    HAS THE RIGHT TO PROCEED TO TRIAL IN A TIMELY MANNER.
                  NOTICE AND DEMAND FOR RIGHTS, BY DEFENDANT FILED.
                  COURT ADVISES DEFENDANT HE ATTORNEY IS NOT PRESENT AT
                    THE NEXT HEARING DATE HE SHALL PROVIDE PROOF THAT
                    ATTORNEY HAS BEEN RETAINED OR THE COURT WILL PROCEED
                    WITH FARETTA MOTION.
                  ANY ATTORNEY RETAINED BY DEFENDANT SHALL BE ABLE TO
                    APPEAR WITH ONE (1) WEEK OF NEXT HEARING DATE.
                  COURT ADVISES DEFENDANT IT EXPECTS TRIAL TO BE SET IN
                    THREE (3) MONTHS FROM THE NEXT HEARING DATE.
                  DEFENDANT ORDERED TO APPEAR ON 10/10/2007 AT 9:00 A.M.
                    IN SUPERIOR COURT, D- F FOR SET FOR TRIAL.
                  ENTERED ON CJIS BY CLH, DATE 09/26/2007.


10/10/07 09:00 ** HEARING HELD ON 10/10/07 AT 9:00 A.M. IN SUPERIOR COURT,
                    D- F.  HON. PAUL M HAAKENSON, JUDGE, PRESIDING.  CLERK:
                    MS RAMIREZ.  REPORTER: VICKI HAINES.  BAILIFF: NONE.
                    NATURE OF PROCEEDINGS:  APPEARANCE OF COUNSEL.
                  DEPUTY DISTRICT ATTORNEY TOM BROWN APPEARED.
                  DEFENDANT APPEARED WITHOUT COUNSEL.
                  COURT ADVISES DEFENDANT IT HAS RECEIVED HIS LETTER DATED
                    09/26/07 AND WILL ADDRESS EACH ISSUE.
                  AS TO DEFENDANT'S REQUEST TO HAVE COUNSEL OF HIS CHOICE
                    REPRESENT HIM IN THIS PROCEEDINGS, THE COURT WILL ALLOW
                    HIM TO RETAIN COUNSEL OF HIS CHOICE BUT THE COURT IS NOT
                    WILLING TO DELAY SETTING THIS MATTER FOR JURY TRIAL
                    INDEFINITELY.
```

```
J241481                                                       12/28/07
MARIN CJIS                  --- REGISTER OF ACTIONS ---       13:14
ORGANIZATION: SC                CASE NO. SC144760A            PAGE  25
```

**********************************************************************
RECORD OF CASE EVENTS:

10/10/07 - CONTINUED
                    AS TO DEFENDANT'S SECOND ISSUE, DEFENDANT ADVISED HE IS
                       NOT ALLOWED TO FILE CRIMINAL COMPLAINT IN THIS MATTER.
                    AS TO THE THIRD ISSUE, COURT STATES THIS IS NOT THE
                       FORUM TO ADDRESS ANY ISSUES DEFENDANT MAY HAVE WITH
                       PRIOR ATTORNEY'S THAT HAVE REPRESENTED HIM.
                    AS TO THE FOURTH ISSUE, DEFENDANT'S MOTION FOR RECUSAL
                       OF THE DISTRICT ATTORNEY'S OFFICE IN THIS MATTER IS
                       DENIED AS THERE IS NO CONFLICT.
                    MR. BROWN ADVISES THE COURT THE PEOPLE HAVE NO OBJECTION
                       TO FURTHER CONTINUANCE IN THIS MATTER FOR APPEARANCE OF
                       COUNSEL AS IT APPEARS DEFENDANT HAS TAKEN STEPS TO
                       RETAIN ANOTHER ATTORNEY.
                    DEFENDANT ORDERED TO APPEAR ON 10/29/2007 AT 9:00 A.M.
                       IN SUPERIOR COURT, D- F FOR APPEARANCE OF COUNSEL -SET
                       JURY TRIAL DATE.
                    ENTERED ON CJIS BY CLH, DATE 10/10/2007.

10/29/07 09:00 ** HEARING HELD ON 10/29/07 AT 9:00 A.M. IN SUPERIOR COURT,
                    D- F.  HON. PAUL M HAAKENSON, JUDGE, PRESIDING.  CLERK:
                    MS HOBBS.  REPORTER: ELAINE NINKOVICH.  BAILIFF: NONE.
                    NATURE OF PROCEEDINGS:  APPEARANCE OF COUNSEL.
                 DEPUTY DISTRICT ATTORNEY TOM BROWN APPEARED.
                 DEFENDANT APPEARED WITH ATTORNEY DAVID WISE.
                 MR. WISE ADVISES COURT HE IS WORKING ON RETAINER
                    AGREEMENT WITH DEFENDANT AND REQUESTS FURTHER
                    CONTINUANCE FOR SETTING OF JURY TRIAL DATE.
                 MR. BROWN ADVISES COURT AND COUNSEL THE PEOPLE MAY ELECT
                    TO PROCEED TO TRIAL ON TIME NOT WAIVED BASIS.
                 DEFENDANT ORDERED TO APPEAR ON 11/19/2007 AT 9:00 A.M.
                    IN SUPERIOR COURT, D- F FOR SET FOR TRIAL.
                 ENTERED ON CJIS BY CLH, DATE 11/02/2007.

11/19/07 09:00 ** HEARING HELD ON 11/19/07 AT 9:00 A.M. IN SUPERIOR COURT,
                    D- F.  HON. PAUL M HAAKENSON, JUDGE, PRESIDING.  CLERK:
                    MS HOBBS.  REPORTER: ELAINE NINKOVICH.  BAILIFF: NONE.
                    NATURE OF PROCEEDINGS:  SET TRIAL DATE.
                 DEPUTY DISTRICT ATTORNEY TOM BROWN APPEARED.
                 DEFENDANT APPEARED WITH ATTORNEY DAVID WISE.
                 ESTIMATED LENGTH OF TRIAL: 6 DAYS.
                 COURT ADVISES COUNSEL IT WILL HEAR MOTIONS IN LIMINE AND
                    PROCEED WITH JURY TRIAL THE FOLLOWING MORINING.
                 DEFENDANT ORDERED TO APPEAR ON 03/24/2008 AT 1:30 P.M.
                    IN SUPERIOR COURT, D- F FOR MTN IN LIMINE.
                 DEFENDANT ORDERED TO APPEAR ON 03/25/2008 AT 9:30 A.M.
                    IN SUPERIOR COURT, D- F FOR JURY TRIAL.
                 JURY COMMISSIONER NOTIFIED RE: JURY TRIAL DATE.
                 ENTERED ON CJIS BY CLH, DATE 11/19/2007.

**********************************************************************

END OF REGISTER OF ACTIONS

# EXHIBIT B

18868.doc

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

8    | ROBERT SUDAR, | 2:07-CV-425 JCM (RJJ) |

9    Plaintiff,

10   Date:      N/A
     Time:      N/A

11   v.

12   THE CITY OF CORTE MADERA, et al.,

13   Defendants.

14

15                                    **ORDER**

16         Presently before the court is defendant's motion to dismiss plaintiff's amended complaint

17   (#16), filed on May 18, 2007. No opposition has been filed.

18         Pursuant to Local Rule 7-2(b), "the failure of an opposing party to file points and authorities

19   in response to any motion shall constitute a consent to the granting of the motion." A review of the

20   file indicates that plaintiff has failed to respond to defendant's motion to dismiss. Furthermore,

21   weighing the factors identified in *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995), the court finds

22   that defendant's motion is meritorious.

23         IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to

24   dismiss (#16) be, and the same hereby is, GRANTED. The clerk shall enter judgment accordingly.

25         DATED this 16th day of July, 2007.

26

27

28
                                    _____
                                    UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge

# EXHIBIT C

1    PATRICK K. FAULKNER, COUNTY COUNSEL
     Jack F. Govi, Assistant County Counsel  SBN 88483
2    3501 Civic Center Drive, Room 303
     San Rafael, CA 94903
3    Tel.: (415) 499-6117, Fax: (415) 499-3796



4                                                    JUN 1 4 2007

                                                   KIM TURNER
5    Attorney(s) for the Petitioners              Court Executive Officer
                                              MARIN COUNTY SUPERIOR COURT
                                                    By: B. Jones, Deputy
6

7              SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN

8

9
     ED BERBERIAN, TOM BROWN, LINDA          Case No.: CV072786
10   WITONG, YVETTE MARTINEZ, PAULA
     KAMENA, JOAN THAYER, HONORABLE          PETITIONERS' PETITION AND
11   VERNA ADAMS and HONORABLE JOHN          MEMORANDUM OF POINTS AND
     SUTRO,                                  AUTHORITIES IN SUPPORT OF
12                                           PETITION TO STRIKE FALSE LIENS;
                                             REQUEST FOR COSTS AND ATTORNEY
13            Petitioners,                   FEES; REQUEST FOR CIVIL PENALTIES
                                             PURSUANT TO CALIFORNIA
14       v.                                  GOVERNMENT CODE SECTION 6223
                                             AND CALIFORNIA CODE OF CIVIL
15                                           PROCEDURE SECTIONS 765.010 ET
     ALVIN HANSEN, WILLIAM THOMSON and       SEQ. AND FOR FURTHER RELIEF
16   ROBERT SUDAR,
                                             DATE: July 13, 2007
17            Respondents.                   TIME: 9:00 am
                                             DEPT: L
18

19

20        Petitioners are elected officers, public employees and a retired District Attorney in Marin

21   County.  Petitioners John Sutro and Verna Adams are Superior Court Judges in Marin County.

22   Petitioners Ed Berberian, Linda Witong, Tom Brown and Yvette Martinez are the District

23   Attorney and Deputy District Attorneys of Marin County respectively.  Petitioner Paula Kamena

24   is the retired District Attorney of Marin County and Petitioner Joan Thayer is the

25   Assessor/Recorder of Marin County.  Respondents are individuals who filed judgment liens

26   against Petitioners with the California Secretary of State.  Respondents know that such liens

27   are false and Respondents filed the liens with the intent to harass and intimidate Petitioners.

28   California Government Code Section 6223 prohibits the liens that Respondents have filed and

     California Code of Civil Procedure (CCP) Section 765.010 authorizes this Petition seeking to

Petitioners' Petition and Memorandum of Points and Authorities in
Support of Petition to Strike False Liens; Costs; Attorney Fees;
Civil Penalties

strike the liens.  Further, CCP Section 765.020 et seq. authorizes a court order to strike the liens and allows costs and attorney fees to be granted to Petitioners along with a civil penalty of up to $5000 per false lien.  As outlined below, Petitioners request the Court to strike the liens, grant attorney fees to Petitioners with an order for Respondents to pay such attorney fees and costs and impose a civil penalty of $40,000.00 (eight separate liens at $5000 per lien) against Respondents.    Additionally, Petitioners seek an order from this Court enjoining Respondents from filing liens or causing the filing of false liens in the future against Petitioners and their counsel.  Finally, Petitioners seek an order from this Court ordering the striking of the false liens from any lists compiled by vendors who have purchased the Secretary of State's list of liens between March 1, 2007 and the date of this Court's hearing.

## MEMORANDUM OF POINTS AND AUTHORITIES

### STATEMENT OF FACTS

Petitioners are elected officers and public employees in Marin County.  Petitioners John Sutro and Verna Adams are Superior Court Judges in Marin County.  Petitioners Ed Berberian, Linda Witong, Tom Brown and Yvette Martinez are the District Attorney and Deputy District Attorneys of Marin County respectively.   Petitioner Paula Kamena is the retired District Attorney of Marin County and Petitioner Joan Thayer is the elected Assessor/Recorder of Marin County.   Respondents are individuals who filed judgment liens against Petitioners with the California Secretary of State.   Respondents are Alvin Hansen, William Thomson and Robert Sudar.  Respondents are individuals who are associated with a group or organization called the Pennibanc Trust.  Thomson and Hansen are officers of the Trust and Sudar is a beneficiary of the Trust.

Respondent Robert Sudar is a criminal defendant in Marin County Superior Court Case Nos. 144760 and CR 151060A.  In Case No. 144760, the People of the State of California, by and through the office, are prosecuting Mr. Sudar for several felonies: Count 1 = Violation of Penal Code Section 646.9(a) – stalking, Counts 2 and 3 = Violations of Penal Code Section 459 – residential burglary.  Several enhancements of Counts 2 and 3 are alleged:  Violation of

2

Petitioners' Petition and Memorandum of Points and Authorities in
Support of Petition to Strike False Liens; Costs; Attorney Fees;
Civil Penalties

1   Penal Code Sections 1192.7(c)(18), 1170.12(a)(b)(c) -- violent or serious felonies, Violation of

2   Penal Code Section 462(a) -- burglary of an inhabited dwelling.  Other felonies alleged are:

3   Count 4 = Violation of Penal Code Section 502(c)(4) -- unauthorized alteration or damage of

4   computer data, software or programs; Count 5 = Violation of Penal Code Section 496(a) --

5   receiving stolen property; and Count 6 = Violation of Penal Code Section 632(a) --

6   eavesdropping.  Mr. Sudar is also being prosecuted for a misdemeanor [Violation of Penal

7   Code Section 166(c)(1) -- contempt of court] in Marin County Superior Case No. CR 151060A.

8         Respondents filed Judgment Liens with the Secretary of State against Petitioners on or

9   about March 1, 2007 [see Exhibits A -- H, attached hereto and incorporated herein by

10  reference].

11        Each Petitioner named herein was performing his or her public duties as a prosecutor,

12  judge, or county assessor except Petitioner Paula Kamena who is the recently retired District

13  Attorney of Marin County.  Kamena has had no contact with Respondents.  Respondents filed

14  the Judgment Liens knowing them to be false and with the intent to harass and intimidate

15  Petitioners, presumably for the prosecution of Respondent Robert Sudar in Marin County [see

16  Exhibits I -- P, Declarations of Brown, Witong, Martinez, Berberian, Kamena, Thayer, Adams

17  and Sutro attached hereto and incorporated herein by reference].

18        Other than the performance of official duties as public officers or employees, none of

19  the Petitioners have had any contact with Respondents Sudar, Hansen and Thomson.

## ARGUMENT

### I

## THE COURT SHOULD STRIKE THE JUDGMENT LIENS AGAINST EACH PETITIONER AND ORDER COSTS, ATTORNEY FEES AND CIVIL PENALTIES AGAINST RESPONDENTS

California Government Code Section 6223 prohibits the filing of a judgment lien against

a public officer or employee where the claimant files a lien knowing it to be false and with the

intent to harass or intimidate the officer or employee or to influence or hinder the public officer

or employee in discharging his or her official duties.  CCP Section 765.010 specifies the

procedure for a public officer or employee to strike the above mentioned liens.

3

Petitioners' Petition and Memorandum of Points and Authorities in
Support of Petition to Strike False Liens; Costs; Attorney Fees;
Civil Penalties

CCP Section 765.010 authorizes a public officer or employee whose property is subject to a lien or other encumbrance to petition the Superior Court for an order to direct the person responsible for the lien to appear at a hearing before the Court to show cause why the lien or other encumbrance should not be stricken. That order may be obtained by the Petitioner ex parte.

In the instant case, Respondents have caused judgment liens to be filed against Petitioners, who are public officers or public employees along with one retired public officer. All of the Petitioners work and reside in Marin County and own property in Marin County. Petitioners allege that Respondents have filed the judgment liens against them in an attempt to harass or intimidate them from performing their duties. The only contact that any of the public officers or employees has with Respondents is the criminal prosecution of Respondent Robert Sudar for several felonies and a misdemeanor in Marin County Superior Court.

A reading of the judgment liens reveals no basis for filing such a lien against any of the Petitioners. It is absolutely clear that Respondents have filed the judgment liens to harass, intimidate, annoy and wreak havoc on the lives of the Petitioners.

Consequently, pursuant to CCP Section 765.010 and Government Code Section 6223, the Court should strike the judgment liens.

Additionally, CCP Section 765.030 authorizes the Court to order costs and attorney fees to the Petitioners where the Court issues an order striking the liens. Since it is clear that the judgment liens are false and were filed with malicious intention, the Court should order the Respondents to pay Petitioners attorney fees in the amount of $10,000.00 as outlined in Exhibit Q, the declaration of Jack F. Govi, counsel for the Petitioners.

Finally, pursuant to CCP Section 765.040, the Court should order civil penalties against Respondents Alvin Hansen, Robert Sudar and William E. Thomson in the amount of $40,000.00, payable in the following manner: $5000 to Petitioner Paula Kamena, $5000 to Petitioner Ed Berberian, $5000 to Petitioner Joan Thayer, $5000 to Petitioner Judge John Sutro, $5000 to Petitioner Judge Verna Adams, $5000 to Petitioner Tom Brown, $5000 to Petitioner Linda Witong and $5000 to Petitioner Yvette Martinez.

Petitioners' Petition and Memorandum of Points and Authorities in
Support of Petition to Strike False Liens; Costs; Attorney Fees;
Civil Penalties

II

## THE COURT SHOULD ENJOIN RESPONDENTS FROM FILING FUTURE JUDGMENT LIENS AGAINST PETITIONERS

Respondents have engaged in a pattern of harassment of public officers and employees in Marin County. Additionally, such pattern extends to numerous public officers in California. This pattern of harassment is malicious and intended to harass, intimidate, annoy and wreak havoc on the personal and private lives of these public officers and employees.

Petitioners request this Court to enjoin Respondents from filing any future judgment liens or any other form of encumbrance against Petitioners without first obtaining a court order from this Court showing good cause why an encumbrance or judgment lien is appropriate.

III

## THE COURT SHOULD ENJOIN RESPONDENTS FROM FILING FUTURE JUDGMENT LIENS AGAINST COUNSEL FOR PETITIONERS

Respondents have engaged in a pattern of harassment of public officers and employees in Marin County. Additionally, such pattern extends to numerous public officers in California. This pattern of harassment is malicious and intended to harass, intimidate, annoy and wreak havoc on the personal and private lives of these public officers and employees.

It is clear to counsel for Petitioners that they are the next potential victims of Respondents since the filing of the Petition and request for relief will undoubtedly trigger a reaction from Respondents. Consequently, it is requested that Respondents also be enjoined from filing any Judgment Liens or other encumbrances against Patrick Faulkner or Jack F. Govi without first obtaining a court order from this Court showing good cause why an encumbrance or judgment lien is appropriate.

IV

## THE COURT SHOULD ORDER THAT THESE JUDGMENT LIENS BE STRICKEN FROM ANY VENDOR LISTS OBTAINED FROM THE CALIFORNIA SECRETARY OF STATE

Following the filing of the Judgment Liens in March 2007, vendors have acquired lists of such Liens for purposes of legitimate commercial use. Petitioners hereby request this Court to

5

1   issue an order that the Judgment Liens filed against Petitioners be also stricken from any

2   vendor lists purchased between March 1, 2007 and the date of this Court's hearing, on the

3   grounds that such Judgment Liens are false.

4

5   Dated:   June 13, 2007                    Respectfully Submitted,

6                                            PATRICK K. FAULKNER, COUNTY COUNSEL

7

8   _____

9   Jack F. Govi, Assistant County Counsel

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

Petitioners' Petition and Memorandum of Points and Authorities in
Support of Petition to Strike False Liens; Costs; Attorney Fees;
Civil Penalties