**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT SUDAR,

    Plaintiff,

  v.

TOBIAS MILLER, SEAN KERR, PATRICK TORRES, ERNST SCHWARZ, MARK REISCHEL, THOMAS BROWN, YVETTE MARTINEZ, LINDA WITONG, RANDOLPH HEUBACH, JOHN SUTRO, and VERNA ADAMS,

    Defendants.

No. C 07-06018 WHA

**ORDER CONTINUING HEARING**

    Pro se plaintiff Robert Sudar has failed to file an opposition to defendants' motions to dismiss by the deadline on January 24, 2008, in accordance with Civil Local Rule 7-3. Given his pro se status, the Court will extend his opposition deadline to **JANUARY 31, 2008**. Defendants can submit a reply by **FEBRUARY 7, 2008**. The hearing shall be reset to **FEBRUARY 21, 2008**, at **8:00 A.M.** The Court reminds plaintiff that, despite his pro se status, he must be treated as any other party and must abide by the deadlines set forth in the Civil Local Rules.

    **IT IS SO ORDERED.**

Dated: January 25, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE