THOMAS F. BERTRAND, State Bar No. 056560
RICHARD W. OSMAN, State Bar No. 167993
BERTRAND, FOX, & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:   (415) 353-0990

Attorneys for Defendants TOBIAS MILLER, SEAN KERR,
PATRICK TORRES, ERNST SCHWARZ and MARK REISCHEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SUDAR,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TOBIAS MILLER, SEAN KERR, PATRICK TORRES, ERNST SCHWARZ, MARK REISCHEL, EDWARD BERBERIAN, THOMAS BROWN, YVETTE MARTINEZ, LINDA M. WITONG, RANDOLPH HEUBACH, JOHN SUTRO, VERNA ADAMS, COUNTY OF MARIN and DOES 1 through 100,<br><br>　　　　Defendants. | Case No.: CV-07-06018 WHA<br><br>DEFENDANTS TOBIAS MILLER, SEAN KERR, PATRICK TORRES, ERNST SCHWARZ and MARK REISCHEL's EX-PARTE REQUEST FOR CONTINUANCE OF HEARING ON DEFENDANTS' MOTIONS TO DISMISS |

Defendants TOBIAS MILLER, SEAN KERR, PATRICK TORRES, ERNST SCHWARZ and MARK REISCHEL respectfully request a one-week continuance of the hearing on defendants' motions to dismiss, presently set to be heard on February 21, 2008.

Good cause exists to continue the motions to dismiss hearing date. The hearing was originally scheduled for February 14, 2008. However, after plaintiff failed to file a timely opposition, the Court continued plaintiff's opposition deadline and continued the hearing to February 21, 2008. Defendants TOBIAS MILLER, SEAN KERR, PATRICK TORRES, ERNST SCHWARZ and MARK REISCHEL counsel is scheduled to be out of the state on a pre-

1  paid vacation from February 19, 2009 through February 26, 2008 and therefore is not available
2  to be present at the hearing.  Defense counsel therefore respectfully requests that the hearing be
3  rescheduled for February 28, 2008 or at a date thereafter.  There is a case management
4  conference scheduled for 11:00 a.m. on February 28, 2008 in the same matter.

5      The undersigned counsel contacted counsel for the remaining defendants and she stated a
6  preference to have the hearing held on February 28, 2008, if possible.  Plaintiff was not
7  contacted because his telephone number is not included on any of this pleadings in this matter.

9  Dated:   January 29, 2008

    BERTRAND, FOX & ELLIOT

    /s/   Richard W. Osman

By:_____
    Thomas F. Bertrand
    Richard W. Osman
    Attorneys for Defendants
    TOBIAS MILLER, SEAN KERR,
    PATRICK TORRES, ERNST
    SCHWARZ and MARK REISCHEL

## PROOF OF SERVICE

I, K. A. Adams, declare that:

1. I am employed in the County of San Francisco, California; I am over the age of eighteen years and not a party to the within cause; and my business address is 2749 Hyde Street, San Francisco, California 94109.

2. I am readily familiar with the practice of Bertrand, Fox, & Elliot for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

3. On January 29, 2008, I served the following document(s):

DEFENDANTS TOBIAS MILLER, SEAN KERR, PATRICK TORRES, ERNST SCHWARZ and MARK REISCHEL's EX-PARTE REQUEST FOR CONTINUANCE OF HEARING ON DEFENDANTS' MOTION TO DISMISS

PROPOSED ORDER GRANTING DEFENDANTS TOBIAS MILLER, SEAN KERR, PATRICK TORRES, ERNST SCHWARZ and MARK REISCHEL's EX-PARTE REQUEST FOR CONTINUANCE OF HEARING ON DEFENDANTS' MOTION TO DISMISS

in said cause, on the following interested parties:

Robert Sudar
3675 S. Rainbow Blvd.
#107-B106
Las Vegas, NE 89103

4. Said service was performed in the following manner:

( X ) **BY U.S. POSTAL SERVICE (Mail):** I placed each such document in a sealed envelope addressed at noted above, with first-class mail postage thereon fully prepaid, for collection and mailing at San Francisco, California, following the above-stated business practice, on this date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed January 29, 2008, at San Francisco, California.

/s/ K. A. Adams

_____
K. A. Adams