THOMAS F. BERTRAND, State Bar No. 056560
RICHARD W. OSMAN, State Bar No. 167993
BERTRAND, FOX, & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:  (415) 353-0999
Facsimile:  (415) 353-0990

Attorneys for Defendants TOBIAS MILLER, SEAN KERR,
PATRICK TORRES, ERNST SCHWARZ and MARK REISCHEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SUDAR,<br><br>    Plaintiff,<br><br>vs.<br><br>TOBIAS MILLER, SEAN KERR, PATRICK TORRES, ERNST SCHWARZ, MARK REISCHEL, EDWARD BERBERIAN, THOMAS BROWN, YVETTE MARTINEZ, LINDA M. WITONG, RANDOLPH HEUBACH, JOHN SUTRO, VERNA ADAMS, COUNTY OF MARIN and DOES 1 through 100,<br><br>    Defendants. | Case No.: CV-07-06018 WHA<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS TOBIAS MILLER, SEAN KERR, PATRICK TORRES, ERNST SCHWARZ and MARK REISCHEL's EX-PARTE REQUEST FOR CONTINUANCE OF HEARING ON DEFENDANTS' MOTIONS TO DISMISS |

This Court having considered Defendants TOBIAS MILLER, SEAN KERR, PATRICK TORRES, ERNST SCHWARZ and MARK REISCHEL's ex parte request for continuance of the February 21, 2008 hearing on defendants' motions to dismiss and good causing appearing therefore, HEREBY ORDERS as follows:

Defendants' request for a continuance of the February 21, 2008 hearing on defendants' motions to dismiss is GRANTED. The hearing shall now be held on February 28, 2008 ,

[PROPOSED] ORDER GRANTING DEFENDANTS TOBIAS MILLER, SEAN KERR, PATRICK TORRES, ERNST SCHWARZ AND MARK REISCHEL's EX-PARTE REQUEST FOR CONTINUANCE OF HEARING ON DEFENDANTS' MOTIONS TO DISMISS

1

1  2008 in Courtroom 9, 19th floor, San Francisco at 8:00 a.m.

3  Dated: January 30, 2008.

IT IS SO ORDERED
Judge William Alsup

HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE FOR THE
NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER GRANTING DEFENDANTS TOBIAS MILLER, SEAN KERR, PATRICK TORRES, ERNST SCHWARZ AND MARK REISCHEL's EX-PARTE REQUEST FOR CONTINUANCE OF HEARING ON DEFENDANTS' MOTIONS TO DISMISS

2