UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBERT SUDAR,

        Plaintiff,

  v.

TOBIAS MILLER et al,

        Defendant.
_____/

Case Number: CV07-06018 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Sudar
3675 S. Rainbow Boulevard
#107-B106
Las Vegas, NV 89103

Dated: February 4, 2008

                                    Richard W. Wieking, Clerk
                                    By: Dawn Toland, Deputy Clerk