United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SUDAR,<br><br>    Plaintiff,<br><br>  v.<br><br>TOBIAS MILLER, SEAN KERR, PATRICK TORRES, ERNST SCHWARZ, MARK REISCHEL, THOMAS BROWN, YVETTE MARTINEZ, LINDA WITONG, RANDOLPH HEUBACH, JOHN SUTRO, and VERNA ADAMS,<br><br>    Defendants.<br>                                               / | No. C 07-06018 WHA<br><br>**NOTICE RE PLAINTIFF'S FAILURE TO SUBMIT AN OPPOSITION** |

      This is a notice to plaintiff Robert Sudar that his opposition was originally due on January 24, 2008, in accordance with Civil Local Rule 7-3. When plaintiff failed to file an opposition at that time, the Court unilaterally extended his opposition deadline by another week and continued the hearing date. Plaintiff's new deadline to submit an opposition was January 31, 2008. To date, plaintiff has yet to provide an opposition. Plaintiff is now on notice that the hearing will go forward on February 28, 2008. His failure to file an opposition may well mean that defendants' motions to dismiss will be granted.

Dated: February 8, 2008.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE