UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROBERT SUDAR

                Plaintiff(s),

          v.

TOBIAS MILLER, et al.

                Defendant(s).
                                   /

Case No. CV-07-06018 WHA

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 1/31/08

Dated: 2/1/08

[Party] Tobias Miller, Sean Kerr
Patrick Torres, Ernst Schwarz, Mark Reischel
By: Captain Mike McDuffee, Twin Cities
Police Authority

[Counsel]

Richard W. OSman, Bertrand, Fox & Elliot

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05