UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Robert Sudar

CASE NO. CV 07 6018 WHA

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Tobias Miller, et al

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓   have not yet reached an agreement to an ADR process *
    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference February 28, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Richard W. Osman | Miller, Kerr, Torres, Schwartz, & Reischel | 415-353-0999x14 | rosman@bfesf.com |

* Because plaintiff has not provided a telephone number, on February 1, 2008, counsel for defendants Miller,

Kerr, Torres, Schwartz & Reischel sent correspondence to plaintiff requesting his input re: ADR. Plaintiff

did not respond to the letter.

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 2/13/08

Attorney for Plaintiff

Dated: 2-13-08

Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."