PATRICK K. FAULKNER, COUNTY COUNSEL
Sheila Lichtblau, SBN 167999
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 499-6117, Fax: (415) 499-3796

Attorney(s) for Defendants Edward Berberian, Thomas Brown, Yvette Martinez, Linda M. Witong, Commissioner Randolph Heubach, Judge John Sutro, Judge Verna Adams, and County of Marin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Sudar,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Tobias Miller, Sean Kerr, Patrick Torres, Ernst Schwartz, Mark Reischel, Edward Berberian, Thomas Brown, Yvette Martinez, Linda M. Witong, Randolph Heubach, John Sutro, Verna Adams, County of Marin, Does 1 through 100,<br><br>　　　　Defendant | Case No.: CV 07 6018 WHA<br><br>**REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR THE PLAINTIFF'S FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(B)(6)];**<br><br>DATE:　February 28, 2008<br>TIME:　8:00 am<br>COURTROOM:　9 |

　　On January 7, 2008, Defendants filed their Motion to Dismiss Plaintiff's Complaint on the basis that the Complaint failed to state a claim for relief. Plaintiff failed to file his opposition, which was due on January 24, 2008. On January 25, 2008, this Court *sua sponte* extended the deadline to January 31, 2008 to allow Plaintiff an additional opportunity to file his opposition. The Court warned Plaintiff that although he was a *pro se* plaintiff, he still had to comply with the deadlines. Nonetheless, Plaintiff has failed to oppose Defendants' motion.

　　A Court may grant a Motion to Dismiss where plaintiff fails to submit a timely opposition. *Ghazahli v. Moran* (9th Cir. 1995) 46 F.3d 52, 53. Here, notwithstanding the Court's Order granting

Reply Brief in Support of Defendants' Motion to Dismiss　　1

Plaintiff an additional week to file his opposition, he has failed to do so. Moreover, as set forth in Defendants' moving papers, Defendants enjoy immunity for acts related to Plaintiff's criminal proceedings. Plaintiff has failed to state any allegations against the County of Marin. To the extent any allegations against the County can be hypothetically gleaned from the pleadings, they fail in that they improperly allege liability under a respondeat superior theory, or based on the District Attorneys' conduct in the prosecution of state claims. Notwithstanding these complete defenses, additionally, and as set forth in Defendants' moving papers, Plaintiff has failed to state facts sufficient to state any of his causes of action set forth in his Complaint. For these reasons, Defendants respectfully request that the Court grant the Motion to Dismiss the Complaint.

Dated this 14th day of February, 2008

PATRICK K. FAULKNER
COUNTY COUNSEL

By: _____
Sheila Lichtblau

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Marin County Counsel, 3501 Civic Center Dr., Room 303 San Rafael, CA 94903. On February 14, 2008, I served the within document(s):

Defendant's Berberian, Brown, Martinez, Witong, Heubach, Sutro, Adams and County of Marin Reply Brief in Support of Motion to Dismiss for the Plaintiff's Failure to State a Claim upon which Releif can be Granted

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Rafael, California addressed as set forth below.

☐ by causing personal delivery by (name of person) of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by overnight delivery to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) set forth below.

**Robert Sudar**
**3675 S. Rainbow Blvd.**
**#107-B106**
**Las Vegas, CA  89103**

I am readily familiar with the County's practice of collection and processing correspondence for mailing and overnight delivery.  Under that practice it would be deposited with the U. S. postal service/overnight delivery service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 14, 2008, at San Rafael, California.

_Patty Jackson_
PATTY JACKSON

26059.doc