THOMAS F. BERTRAND, State Bar No. 056560
RICHARD W. OSMAN, State Bar No. 167993
BERTRAND, FOX, & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:    (415) 353-0999
Facsimile:    (415) 353-0990
Attorneys for Defendants TOBIAS MILLER, SEAN KERR,
PATRICK TORRES, ERNST SCHWARZ and MARK REISCHEL

PATRICK K. FAULKNER, COUNTY COUNSEL
Sheila Lichtblau, SBN 167999
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 499-6117, Fax: (415) 499-3796
Attorney(s) for Defendants Edward Berberian, Thomas Brown,
Yvette Martinez, Linda M. Witong, Commissioner Randolph Heubach,
Judge John Sutro, Judge Verna Adams, and County of Marin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SUDAR,<br><br>       Plaintiff,<br><br>vs.<br><br>TOBIAS MILLER, SEAN KERR, PATRICK TORRES, ERNST SCHWARZ, MARK REISCHEL, EDWARD BERBERIAN, THOMAS BROWN, YVETTE MARTINEZ, LINDA M. WITONG, RANDOLPH HEUBACH, JOHN SUTRO, VERNA ADAMS, COUNTY OF MARIN and DOES 1 through 100,<br><br>       Defendants. | Case No.: CV-07-06018 WHA<br><br>**DEFENDANTS' SEPARATE STATUS REPORT**<br><br>Hearing Date: February 28, 2008<br>Time: 11:00 a.m.<br>Courtroom: 9<br><br>Honorable William H. Alsup |

Defendants TOBIAS MILLER, SEAN KERR, PATRICK TORRES, ERNST

SCHWARZ and MARK REISCHEL, and Ed Berberian, Thomas Brown, Yvette Martinez, Linda

Witon, Commissioner Heubach, Judge Sutro, Judge Adams, and the County of Marin hereby

submit their Status Report in this matter. Pursuant to Civil Local Rule 16-9(a), a separate statement is being submitted by all Defendants because plaintiff is not represented by counsel.

**1.    JURISDICTION AND SERVICE**

The Court has subject matter jurisdiction based on Title 28, United States Code, sections 1331 and 1343. Venue is proper, as the actions giving rise to the complaint occurred within the County of Marin, California.

**2.    FACTS**

Plaintiff ROBERT SUDAR brings this action for violation of civil rights under 42 U.S.C. Sections 1981, 1983, 1985 and 1988 against Twin Cities police officers MILLER, KERR, TORRES, SCHWARZ and REISCHEL, arising out of his arrest on November 26, 2005 for burglary, computer crimes, receiving or concealing stolen property and possession of false government identification. Plaintiff further sues Ed Berberian, Thomas Brown, Yvette Martinez, Linda Witon, Commissioner Heubach, Judge Sutro, Judge Adams, and the County of Marin, for violations related to the prosecution of these criminal acts.

On November 26, 2005, Officer MILLER arrested plaintiff, without a warrant, for burglary, computer crimes, receiving or concealing stolen property and possession of false government identification. Officer MILLER believed probable cause existed for the arrest based upon a burglary victim's reports that plaintiff was seen on hidden video in her house. The victim reported that she had the hidden camera installed because of several incidents of computer tampering. The victim was familiar with plaintiff and positively identified him from the video, in which plaintiff was seen inside her residence, underneath the victim's computer. She reported that after plaintiff left, the computer had again been tampered with and crucial files were deleted. Plaintiff was booked into the Marin County Jail on November 27, 2005. He was arraigned on November 28, 2005, and he alleges no probable cause hearing was held at that time.

Plaintiff contends that he was "unjustifiably terrorized, falsely arrested, and falsely imprisoned by the combined and concerted activity of the police officer defendants . . . without a warrant," and that Officer MILLER "did file false and fictitious statements based on double and triple hearsay, and did falsely imprison the Plaintiff, depriving him of his liberty." He contends that "Due to the unlawful acts of the Defendants, the Plaintiff suffered a series of assaults and batteries upon his person, including arrest, handcuffing, imprisonment, forced physical search, forced fingerprinting and booking procedures, and harassment." Plaintiff further contends that

Defendants Ed Berberian, Thomas Brown, Yvette Martinez, Linda Witon, improperly prosecuted him, and Commissioner Huebach, Judge Sutro, and Judge Adams failed to provide him with a prompt probable cause hearing, imposed excessive bail, and failed to provide a meaningful hearing on bail. Additionally, Plaintiff vaguely alleges that there is "an atmosphere of bias prevalent in the Marin County Justice System.

### 3. LEGAL ISSUES

Defendants contend that the principal legal issues involved in this case are: (1) whether officers had probable cause to arrest plaintiff; (2) whether officers used excessive force against plaintiff; (3) whether defendants intentionally racially discriminated against plaintiff; (4) whether defendants conspired to interfere with plaintiff's civil rights based on a racially or otherwise class-based invidious discriminatory animus; (5) whether the actions of the involved officers were privileged; (6) whether District Attorney Ed Berberian, and Deputy District Attorneys Thomas Brown, Yvette Martinez, and Linda Witong enjoy prosecutorial immunity for actions related to the prosecution of plaintiff; (7) whether Commissioner Heubach, Judge Sutro and Judge Adams immune from liability for damages for judicial acts committed within their judicial jurisdiction; and, (8) whether the County of Marin may be held liable for actions related to prosecution of state-related crimes.

### 4. MOTIONS

All defendants filed motions to dismiss, which motions are presently scheduled to be heard on February 28, 2008 at 8:00 a.m. Plaintiff failed to timely oppose the motions to dismiss and on February 8, 2008 this Court issued a Notice Re Plaintiff's Failure To Submit An Opposition, indicating that plaintiff's failure to file an opposition "may well mean that defendants' motions to dismiss will be granted."

If the matter is not dismissed pursuant to defendants' motions to dismiss, all defendants intend to file a motion for summary judgment.

### 5. AMENDMENT OF PLEADINGS

Defendants do not presently anticipate that the pleadings will be amended.

### 6. EVIDENCE PRESERVATION

Defendants MILLER, KERR, TORRES, SCHWARZ and REISCHEL are all employees of the Twin Cities Police Authority, which entity maintains the police report(s) and evidence related to this matter. All evidence relevant to the issues reasonably evident in this action will be preserved and no such materials have been or are scheduled to be destroyed.

//

## 7. DISCLOSURES

Initial disclosures have not been made by any party. Plaintiff has not provided a telephone number and therefore it is very difficult to meet and confer on issues. With respect to Alternative Dispute Resolution, counsel attempted to meet and confer with plaintiff by forwarding a letter to him. Plaintiff did not respond to the correspondence in any manner.

If the matter is not dismissed pursuant to the pending motions to dismiss, all defendants request that the Court require initial disclosures be exchanged on March 13, 2008 - 14 days from the status conference

## 8. DISCOVERY AND DISCOVERY SCHEDULE

No discovery has been taken to date. Defendants do not propose any limitations or modifications of the discovery rules. At present, defendants intend to take the deposition of plaintiff and possibly two percipient witnesses. Defendants also intend to subpoena plaintiff's employment and medical records.

All Defendants submit the following with respect to a proposed discovery schedule:

(a) Initial disclosures will be completed on March 13, 2008.

(b) November 15, 2008 for expert witness disclosures.

(c) November 31, 2008 as the date for non-expert discovery cut-off and December 15, 2008 for the expert discovery cut-off.

## 9. CLASS ACTIONS

This matter is not a class action.

## 10. RELATED CASES

Plaintiff previously filed suit against defendant Mark Reischel and the Town of Corte Madera in the U.S. District Court, District of Nevada, which the Court dismissed. In or about June 14, 2007, Defendants Ed Berberian, Thomas Brown, Yvette Martinez, Linda Witong, Judge Sutro and Judge Adams filed a Petition to Strike False Judgment Liens against Plaintiff in Marin County Superior Court, Case No. CV 072786, pursuant to California Government Code Section 6223. The Petition was necessary because plaintiff had filed false judgment liens against these defendants. Defendants are not aware of any other related cases.

## 11. RELIEF

Plaintiff seeks special and general damages according to proof, punitive damages in the amount not less than $124,000,000.00, and attorneys' fees and costs.

//
//

**12. SETTLEMENT AND ADR**

If this matter is not dismissed, all defendants request that this matter be ordered to Early Neutral Evaluation.

**13. CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

Defendants respectfully decline to have a magistrate judge conduct all further proceedings including trial.

**14. OTHER REFERENCES**

All defendants do not believe the case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15. NARROWING OF ISSUES**

All defendants believe that most if not all claims that survive the pending motions to dismiss can potentially be adjudicated by a motion for summary judgment.

**16. EXPEDITED SCHEDULE**

All defendants do not believe this is the type of case that can be handled on an expedited basis with streamlined procedures.

**17. SCHEDULING**

All defendants propose the following pre-trial and trial schedule:

| | | |
|---|---|---|
| a. | Non-Expert Discovery Cutoff | November 31, 2008 |
| b. | Designation of Experts | November 31, 2008 |
| c. | Expert Discovery Cutoff | December 31, 2008 |
| c. | Last Day To Hear Dispositive Motions | February 15, 2009 |
| d. | Pretrial Conference | April 15, 2009 |
| e. | Trial | May, 2009 |

**18. TRIAL**

All defendants anticipate that a jury trial of this matter should consume five (5) court days.

**19. DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

Defendants who are all employees of a governmental entity, are not aware of any persons

//
//
//
//

DEFENDANTS SEPARATE STATUS REPORT      5

1  or entities with any financial or other interest in the proceeding.

2  Dated:   February 21, 2008                                BERTRAND, FOX & ELLIOT

3                                                                    /s/   *Richard W. Osman*

4                                                            By:_____
                                                                  Thomas F. Bertrand
5                                                                 Richard W. Osman
                                                                  Attorneys for Defendants
6                                                                 TOBIAS MILLER, SEAN KERR,
                                                                  PATRICK TORRES, ERNST
7                                                                 SCHWARZ and MARK REISCHEL

8

9

10  Dated:  February 21, 2008                               Respectfully Submitted,
                                                            PATRICK K. FAULKNER,
11                                                          COUNTY COUNSEL

12

13                                                          By: _____

14                                                          Sheila Shah Lichtblau, Deputy County
                                                            Counsel
15                                                          Attorneys for Defendants
16                                                          ED BERBERIAN, THOMAS BROWN,
                                                            YVETTE MARTINEZ, LINDA WITONG,
17                                                          COMMISSIONER HEUBACH, JUDGE
                                                            SUTRO, JUDGE ADAMS
18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS SEPARATE STATUS REPORT                                              6

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Marin County Counsel, 3501 Civic Center Dr., Room 303 San Rafael, CA 94903. On February 21, 2008, I served the within document(s):

Defendant's Separate Status Report

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Rafael, California addressed as set forth below.

- ☐ by causing personal delivery by (name of person) of the document(s) listed above to the person(s) at the address(es) set forth below.

- ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- ☐ by overnight delivery to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) set forth below.

**Robert Sudar**
**3675 S. Rainbow Blvd.**
**#107-B106**
**Las Vegas, CA  89103**

I am readily familiar with the County's practice of collection and processing correspondence for mailing and overnight delivery. Under that practice it would be deposited with the U. S. postal service/overnight delivery service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 21, 2008, at San Rafael, California.

Maria Rohner

27137.doc