**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: February 28, 2008

Case No.  C 07-06018 WHA

Title: ROBERT SUDAR v. TOBIAS MILLER

Plaintiff Attorneys: N/A

Defense Attorneys: Rich Osman

Deputy Clerk:  Dawn Toland

Court Reporter: Joan Columbini

**PROCEEDINGS**

1)    Dfts' Motion to Dismiss - GRANTED

2)    CMC - NOT HELD


Continued to _ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**

Plaintiff did not appear.  The two motions to dismiss are granted.