**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SUDAR,<br><br>    Plaintiff,<br><br>  v.<br><br>TOBIAS MILLER, SEAN KERR, PATRICK TORRES, ERNST SCHWARZ, MARK REISCHEL, EDWARD BERBERIAN, THOMAS BROWN, YVETTE MARTINEZ, LINDA M. WITONG, RANDOLPH HEUBACK, JOHN SUTRO, VERNA ADAMS, COUNTY OF MARIN, and DOES 1 through 100,<br><br>    Defendants.<br>_____ / | No. C 07-06018 WHA<br><br>**ORDER GRANTING MOTIONS TO DISMISS** |

All defendants filed motions to dismiss. Plaintiff never filed an opposition. Prior to the hearing on defendants' motions to dismiss, the Court issued the following notice on February 8, 2008 (Dkt. No. 21):

> This is a notice to plaintiff Robert Sudar that his opposition was originally due on January 24, 2008, in accordance with Civil Local Rule 7-3. When plaintiff failed to file an opposition at that time, the Court unilaterally extended his opposition deadline by another week and continued the hearing date. Plaintiff's new deadline to submit an opposition was January 31, 2008. To date, plaintiff has yet to provide an opposition. Plaintiff is now on notice that the hearing will go forward on February 28, 2008. His failure to file an opposition may well mean that defendants' motions to dismiss will be granted.

1  At the February 28 hearing, Court waited an hour-and-a-half for plaintiff to appear, which he
2  never did. In light of plaintiff's failure to provide any opposition to defendants' motions — by
3  person or by paper — the motions to dismiss are hereby **GRANTED**.

5  **IT IS SO ORDERED.**

7  Dated: February 28, 2008.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California