**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SUDAR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TOBIAS MILLER, SEAN KERR, PATRICK TORRES, ERNST SCHWARZ, MARK REISCHEL, EDWARD BERBERIAN, THOMAS BROWN, YVETTE MARTINEZ, LINDA M. WITONG, RANDOLPH HEUBACK, JOHN SUTRO, VERNA ADAMS, COUNTY OF MARIN, and DOES 1 through 100,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 07-06018 WHA<br><br><br>**JUDGMENT** |

　　　For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

　　　**IT IS SO ORDERED.**

Dated: February 28, 2008.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE