%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of California

Robert Sudar

V.

Tobias Miller, Sean Kerr, Patrick Torres, Ernst Schwarz, Mark Reischel, Edward Berberian, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV 07 6018 EMC WHA

TO: (Name and address of Defendant)

County of Marin
County Counsel
3501 Civic Center Drive, Rm 303
San Rafael, CA 94903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert Sudar
3675 S. Rainbow Blvd.
#107-B106
Las Vegas, Nevada 89103

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _____    DATE  DEC     2007

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 12/13/2007  3:40 PM | |
| NAME OF SERVER (PRINT) JAMES P. RUIZ | TITLE PROCESS SERVER (MARIN COUNTY #186) | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SERVED PERSONALLY, BY SERVING INSPECTOR MICHAEL McBRIDE, AUTHORIZED TO ACCEPT SERVICE (IT IS THEIR POLICY TO ACCEPT SERVICE ON BEHALF OF EMPLOYEES), AT 3501 CIVIC CENTER DRIVE, ROOM 130, SAN RAFAEL, CA.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES PROCESS $23.00 | TOTAL $0.00 $23.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/18/2007
              Date                      Signature of Server

*Address of Server*

Golden Gate Legal Services LLC
5 Meadow Avenue
San Rafael, CA 94901
(415) 859-6166

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12/13/2007 | 3:40 PM |
| NAME OF SERVER (PRINT) JAMES P. RUIZ | TITLE PROCESS SERVER (MARIN COUNTY #186) | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SERVED PERSONALLY, BY SERVING INSPECTOR MICHAEL McBRIDE, AUTHORIZED TO ACCEPT SERVICE (IT IS THEIR POLICY TO ACCEPT SERVICE ON BEHALF OF EMPLOYEES), AT 3501 CIVIC CENTER DRIVE, ROOM 130, SAN RAFAEL, CA.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES PROCESS $23.00 | TOTAL $0.00 $23.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/18/2007
              Date          Signature of Server

Address of Server

Golden Gate Legal Services LLC
5 Meadow Avenue
San Rafael, CA 94901
(415) 859-6166

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12/13/2007 | 3:40 PM |
| NAME OF SERVER *(PRINT)* JAMES P. RUIZ | TITLE PROCESS SERVER (MARIN COUNTY #186) | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SERVED PERSONALLY, BY SERVING INSPECTOR MICHAEL McBRIDE, AUTHORIZED TO ACCEPT SERVICE (IT IS THEIR POLICY TO ACCEPT SERVICE ON BEHALF OF EMPLOYEES), AT 3501 CIVIC CENTER DRIVE, ROOM 130, SAN RAFAEL, CA.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES PROCESS $23.00 | TOTAL $0.00 $23.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/18/2007
         Date         Signature of Server

Address of Server

Golden Gate Legal Services LLC
5 Meadow Avenue
San Rafael, CA 94901
(415) 859-6166

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12/13/2007 | 3:40 PM |
| NAME OF SERVER (PRINT) JAMES P. RUIZ | TITLE PROCESS SERVER (MARIN COUNTY #186) | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SERVED PERSONALLY, BY SERVING INSPECTOR MICHAEL McBRIDE, AUTHORIZED TO ACCEPT SERVICE (IT IS THEIR POLICY TO ACCEPT SERVICE ON BEHALF OF EMPLOYEES), AT 3501 CIVIC CENTER DRIVE, ROOM 130, SAN RAFAEL, CA.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES PROCESS $23.00 | TOTAL $0.00 $23.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/18/2007
             Date                Signature of Server

Address of Server

Golden Gate Legal Services LLC
5 Meadow Avenue
San Rafael, CA 94901
(415) 859-6166

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 12/13/2007 | 11:15 AM |
| NAME OF SERVER (PRINT) JAMES P. RUIZ | TITLE PROCESS SERVER (MARIN COUNTY #186) | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SERVED PERSONALLY, BY SERVING CAPTAIN MIKE MCDUFFEE, AUTHORIZED TO ACCEPT, (IT IS THEIR POLICY TO ACCEPT SERVICE ON BEHALF OF EMPLOYEES), AT TWIN CITIES POLICE, 250 DOHERTY DRIVE, LARKSPUR, CA.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES PROCESS $23.00 | TOTAL $0.00 $23.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/18/2007
                     Date               Signature of Server

Address of Server

   Golden Gate Legal Services LLC
   5 Meadow Avenue
   San Rafael, CA 94901
   (415) 859-6166

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12/13/2007 | 11:15 AM |
| NAME OF SERVER *(PRINT)* JAMES P. RUIZ | TITLE PROCESS SERVER (MARIN COUNTY #186) | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SERVED PERSONALLY, BY SERVING CAPTAIN MIKE MCDUFFEE, AUTHORIZED TO ACCEPT, (IT IS THEIR POLICY TO ACCEPT SERVICE ON BEHALF OF EMPLOYEES), AT TWIN CITIES POLICE, 250 DOHERTY DRIVE, LARKSPUR, CA.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES PROCESS $23.00 | TOTAL $0.00 $23.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/18/2007  _____
              Date              Signature of Server

Address of Server

Golden Gate Legal Services LLC
5 Meadow Avenue
San Rafael, CA 94901
(415) 859-6166

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

≫AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12/13/2007 | 11:15 AM |
| NAME OF SERVER *(PRINT)* JAMES P. RUIZ | TITLE PROCESS SERVER (MARIN COUNTY #186) | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SERVED PERSONALLY, BY SERVING CAPTAIN MIKE MCDUFFEE, AUTHORIZED TO ACCEPT, (IT IS THEIR POLICY TO ACCEPT SERVICE ON BEHALF OF EMPLOYEES), AT TWIN CITIES POLICE, 250 DOHERTY DRIVE, LARKSPUR, CA.

| | STATEMENT OF SERVICE FEES | |
|---|---|---|
| TRAVEL | SERVICES PROCESS $23.00 | TOTAL $0.00 $23.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/18/2007
                Date              Signature of Server

Address of Server

Golden Gate Legal Services LLC
5 Meadow Avenue
San Rafael, CA 94901
(415) 859-6166

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12/13/2007 | 11:15 AM |
| NAME OF SERVER (PRINT) JAMES P. RUIZ | TITLE PROCESS SERVER (MARIN COUNTY #186) | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SERVED PERSONALLY, BY SERVING CAPTAIN MIKE MCDUFFEE, AUTHORIZED TO ACCEPT, (IT IS THEIR POLICY TO ACCEPT SERVICE ON BEHALF OF EMPLOYEES), AT TWIN CITIES POLICE, 250 DOHERTY DRIVE, LARKSPUR, CA.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES PROCESS $23.00 | TOTAL $0.00 $23.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/18/2007
         Date                    Signature of Server

Address of Server

**Golden Gate Legal Services LLC**
5 Meadow Avenue
San Rafael, CA 94901
(415) 859-6166

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

◈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12/13/2007 | 11:15 AM |
| NAME OF SERVER (PRINT) JAMES P. RUIZ | TITLE PROCESS SERVER (MARIN COUNTY #186) | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SERVED PERSONALLY, BY SERVING CAPTAIN MIKE MCDUFFEE, AUTHORIZED TO ACCEPT, (IT IS THEIR POLICY TO ACCEPT SERVICE ON BEHALF OF EMPLOYEES), AT TWIN CITIES POLICE, 250 DOHERTY DRIVE, LARKSPUR, CA.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES PROCESS $23.00 | TOTAL $0.00 $23.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/18/2007
              Date                    Signature of Server

Address of Server

**Golden Gate Legal Services LLC**
5 Meadow Avenue
San Rafael, CA 94901
(415) 859-6166

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12/17/2007 | 3:45 PM |
| NAME OF SERVER *(PRINT)* JAMES P. RUIZ | TITLE PROCESS SERVER (MARIN COUNTY #186) | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): LEFT COPIES AT THE DEFENDANT'S PLACE OF EMPLOYMENT, 3501 CIVIC CENTER DRIVE, ROOM 116, SAN RAFAEL, CA 94903, IN THE PRESENCE OF MARGARET MATTOS, PERSON APPARENTLY IN CHARGE. COPIES WERE MAILED TO THE DEFENDANT 12/18/07.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES PROCESS $23.00 | TOTAL $0.00 $23.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/18/2007
              Date                    Signature of Server

*Address of Server*

Golden Gate Legal Services LLC
5 Meadow Avenue
San Rafael, CA 94901
(415) 859-6166

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

∾AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12/17/2007 | 3:45 PM |
| NAME OF SERVER (PRINT) JAMES P. RUIZ | TITLE PROCESS SERVER (MARIN COUNTY #186) | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): LEFT COPIES AT THE DEFENDANT'S PLACE OF EMPLOYMENT, 3501 CIVIC CENTER DRIVE, ROOM 116, SAN RAFAEL, CA 94903, IN THE PRESENCE OF MARGARET MATTOS, PERSON APPARENTLY IN CHARGE. COPIES WERE MAILED TO THE DEFENDANT 12/18/07.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES PROCESS $23.00 | TOTAL $0.00 $23.00 |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/18/2007
　　　　　　　　Date

Signature of Server

Address of Server

**Golden Gate Legal Services LLC**
**5 Meadow Avenue**
**San Rafael, CA 94901**
**(415) 859-6166**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12/17/2007 | 3:45 PM |
| NAME OF SERVER *(PRINT)* JAMES P. RUIZ | TITLE PROCESS SERVER (MARIN COUNTY #186) | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): LEFT COPIES AT THE DEFENDANT'S PLACE OF EMPLOYMENT, 3501 CIVIC CENTER DRIVE, ROOM 116, SAN RAFAEL, CA 94903, IN THE PRESENCE OF MARGARET MATTOS, PERSON APPARENTLY IN CHARGE. COPIES WERE MAILED TO THE DEFENDANT 12/18/07.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES PROCESS $23.00 | TOTAL $0.00 $23.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/18/2007
               Date            Signature of Server

Address of Server

**Golden Gate Legal Services LLC**
**5 Meadow Avenue**
**San Rafael, CA 94901**
(415) 859-6166

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 12/13/2007 AT 4:00 PM | |
| NAME OF SERVER (PRINT) JAMES P. RUIZ | TITLE PROCESS SERVER (MARIN COUNTY #186) | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 3501 CIVIC CENTER DRIVE, ROOM 329, BY SERVING SANDY LAIRD, DEPUTY CLERK, AUTHORIZED TO ACCEPT SERVICE.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES PROCESS $23.00 | TOTAL $0.00 $23.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/18/2007
            Date

Signature of Server

Address of Server

Golden Gate Legal Services LLC
5 Meadow Avenue
San Rafael, CA 94901
(415) 859-6166

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.